IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Actos (Pioglitazone) Products Liability Litigation | * 6:11-md-2299 |
| | * |
| | * JUDGE DOHERTY |
| This Document Applies to: | * |
| | * MAGISTRATE JUDGE HANNA |
| Case No. 6:12-cv-00116 | * |
| | * |
| PAUL ABRETSKE and VICTORIA ABRETSKE (h/w) | * |
| Plaintiffs, | * |
| | * |
| vs. | * |
| | * |
| TAKEDA PHARMACEUTICALS AMERICA, INC. et al. | * |
| | * |
| Defendants. | * |

**PROPOSED ORDER GRANTING LEAVE TO TAKE THE PRESERVATION DEPOSITION OF PLAINTIFF PAUL ABRETSKE**

Before this Court is the Parties' Emergency Consent Motion for Leave to Take Preservation Deposition of Plaintiff Paul Abretske.

IT IS HEREBY ORDERED that the stay on discovery is temporarily suspended and leave is granted for the purpose of allowing the parties to take the preservation deposition of Plaintiff Paul Abretske.

Dated this  26th  day of  Jan. , 2012.

_____
MAGISTRATE JUDGE HANNA