RECEIVED

JAN 1 7 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

A True Copy
January 17, 2012

Deputy Clerk, U.S. District Court
Western District of Louisiana
Shreveport, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACTOS PRODUCTS LIABILITY LITIGATION

MDL No. 2299

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−1)**

On December 29, 2011, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Western District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Rebecca F Doherty.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Louisiana and assigned to Judge Doherty.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Louisiana for the reasons stated in the order of December 29, 2011, and, with the consent of that court, assigned to the Honorable Rebecca F Doherty.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ACTOS PRODUCTS LIABILITY LITIGATION  MDL No. 2299

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| Western District of Louisiana Civil Action Number: | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | | | | **ALABAMA NORTHERN** |
| 6:12-cv-0095 | ALN | 2 | 11-03575 | Putnam v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0096 | ALN | 2 | 11-03734 | Aigner v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0097 | ALN | 4 | 11-04032 | Adams v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0098 | ALN | 6 | 11-03661 | Wisdom v. Takeda Pharmaceuticals North America Inc et al |
| | | | | **ARIZONA** |
| 6:12-cv-0099 | AZ | 2 | 11-01989 | Rosa Hernandez v. Takeda Pharmaceuticals North America Incorporated et al |
| | | | | **CALIFORNIA CENTRAL** |
| 6:12-cv-0100 | CAC | 2 | 11-07187 | Rick Sandoval et al v. Takeda Pharmaceuticals North America Inc et al |
| | ~~CAC~~ | ~~2~~ | ~~11-09502~~ | ~~Eliseo Alvarez v. Takeda Pharmaceuticals North America Inc et al~~  Opposed 1/11/2012 |
| 6:12-cv-0101 | CAC | 2 | 11-09815 | Hubert B Loob v. Takeda Pharmaceuticals America Inc et al |
| | ~~CAC~~ | ~~2~~ | ~~11-10336~~ | ~~Roger Pike et al v. Takeda Pharmaceuticals North America Inc et al~~  Opposed 1/12/2012 |
| | ~~CAC~~ | ~~2~~ | ~~11-10337~~ | ~~Dennis Azarovitz et al v. Takeda Pharmaceuticals North America Inc et al~~  Opposed 1/12/2012 |
| | ~~CAC~~ | ~~2~~ | ~~11-10339~~ | ~~Joseph Avellino v. Takeda Pharmaceuticals North America Inc et al~~  Opposed 1/12/2012 |
| | ~~CAC~~ | ~~2~~ | ~~11-10341~~ | ~~Bernard Weiss et al v. Takeda Pharmaceuticals North America Inc et al~~  Opposed 1/12/2012 |
| | ~~CAC~~ | ~~2~~ | ~~11-10343~~ | ~~Leroy Coleman v. Takeda Pharmaceuticals North America Inc et al~~  Opposed 1/12/2012 |
| 6:12-cv-0102 | CAC | 2 | 11-10489 | Floyd Lowe et al v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0103 | CAC | 2 | 11-10678 | Shirley Digiacomo v. Takeda Pharmaceuticals North America Inc et al |

Western District of Louisiana
Civil Action Number:

| 6:12-cv-0104 | CAC | 2 | 11-10679 | John Hedstrom et al v. Takeda Pharmaceuticals North America Inc et al |
|---|---|---|---|---|
| | ~~CAC~~ | ~~8~~ | ~~11-01822~~ | ~~Masoud Seilsopour et al v. Takeda Pharmaceuticals North America Inc et al~~ Opposed 1/11/2012 |

CALIFORNIA NORTHERN

| | ~~CAN~~ | ~~3~~ | ~~11-05637~~ | ~~Hill v. Takeda Pharmaceuticals North America, Inc et al~~ Opposed 1/11/2012 |
|---|---|---|---|---|
| | ~~CAN~~ | ~~3~~ | ~~11-06270~~ | ~~Smith et al v. Takeda Pharmaceuticals America, Inc et al~~ Opposed 1/12/2012 |
| | ~~CAN~~ | ~~5~~ | ~~11-06203~~ | ~~Ahlquist et al v. Takeda Pharmaceuticals North America, Inc et al~~ Opposed 1/11/2012 |

CALIFORNIA SOUTHERN

| | ~~CAS~~ | ~~3~~ | ~~11-02215~~ | ~~Taylor et al v. Takeda San Diego, Inc. et al~~ Opposed 1/11/2012 |
|---|---|---|---|---|
| 6:12-cv-0105 | CAS | 3 | 11-02342 | Klug et al v. Takeda San Diego, Inc. et al |
| 6:12-cv-0106 | CAS | 3 | 11-02376 | Charles Feland et al v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0107 | CAS | 3 | 11-02406 | Benton et al v. Takeda San Diego, Inc. et al |
| 6:12-cv-0108 | CAS | 3 | 11-02494 | Hodges v. Takeda San Diego, Inc. et al |
| 6:12-cv-0109 | CAS | 3 | 11-02783 | Cripps et al v. Takeda Pharmaceuticals North America, Inc. et al |

DISTRICT OF COLUMBIA

| 6:12-cv-0110 | DC | 1 | 11-02001 | GRIMES et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |
|---|---|---|---|---|

FLORIDA SOUTHERN

| 6:12-cv-0111 | FLS | 1 | 11-24177 | Greenspan et al v. Takeda Pharmaceuticals America, Inc. et al |
|---|---|---|---|---|

GEORGIA SOUTHERN

| 6:12-cv-0112 | GAS | 2 | 11-00190 | Miles v. Takeda Pharmaceuticals America, Inc. et al |
|---|---|---|---|---|

ILLINOIS NORTHERN

| 6:12-cv-0113 | ILN | 1 | 11-06501 | Chisum v. Takeda Pharmaceuticals America, Inc. et al |
|---|---|---|---|---|
| 6:12-cv-0114 | ILN | 1 | 11-07432 | Blanchard v. Takeda Pharmaceuticals America, Inc. |
| 6:12-cv-0115 | ILN | 1 | 11-07552 | Davis et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0116 | ILN | 1 | 11-07653 | Abretske et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0117 | ILN | 1 | 11-07840 | McKinley et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |
| 6:12-cv-0118 | ILN | 1 | 11-07842 | McDonald et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0119 | ILN | 1 | 11-07843 | Vanord et al v. Takeda Pharmaceuticals America, Inc. et al |

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0120 | ILN | 1 | 11-07846 | Olah v. Takeda Pharmaceuticals America, Inc., et al |
| 6:12-cv-0121 | ILN | 1 | 11-07856 | Stodgill v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0122 | ILN | 1 | 11-07858 | Maston et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0123 | ILN | 1 | 11-08206 | Bruskin v. Takeda Pharmaceuticals America, Inc. et al |

ILLINOIS SOUTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0124 | ILS | 3 | 11-00840 | Easley et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0125 | ILS | 3 | 11-00964 | Foley et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0126 | ILS | 3 | 11-01004 | Wooley v. Takeda Pharmaceuticals North America, Inc. et al |

KENTUCKY EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0127 | KYE | 6 | 11-00309 | Day v. Takeda Pharmaceuticals America, Inc. et al |

KENTUCKY WESTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0128 | KYW | 4 | 11-00153 | David Macon v. Takeda Pharmaceuticals North America Inc et al |

LOUISIANA EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0129 | LAE | 2 | 11-02279 | Thompson et al v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0130 | LAE | 2 | 11-02323 | Gabriel et al v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0131 | LAE | 2 | 11-02325 | Kerry v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0132 | LAE | 2 | 11-02329 | Ornsbey v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0133 | LAE | 2 | 11-02335 | Davis et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0134 | LAE | 2 | 11-02462 | Geary v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0135 | LAE | 2 | 11-02631 | Cashman et al v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0136 | LAE | 2 | 11-02651 | Penton v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0137 | LAE | 2 | 11-02748 | Sanders v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0138 | LAE | 2 | 11-02835 | Pugh v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0139 | LAE | 2 | 11-02944 | Jason v. Takeda Pharmaceuticals America Inc. et al |

MICHIGAN EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0140 | MIE | 2 | 11-14308 | Barker et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0141 | MIE | 2 | 11-15243 | Avery v. Takeda Pharmaceuticals America, Inc. et al |

MINNESOTA

Western District of Louisiana
Civil Action Number:

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0142 | MN | 0 | 11-02764 | McMahan v. Takeda Pharmaceuticals America, Inc. et al |

### NEW JERSEY

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0143 | NJ | 3 | 11-05656 | WALLNER et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |
| 6:12-cv-0144 | NJ | 3 | 11-05967 | Howard Geiser et al v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0145 | NJ | 3 | 11-05968 | Jacob Tavormina et al v. Takeda Pharmaceuticals North America Inc et al |

### NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0146 | NYE | 1 | 11-04374 | Clevenger et al v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0147 | NYE | 1 | 11-04502 | Duncan v. Takeda Pharmaceuticals North America Inc. et al |
| 6:12-cv-0148 | NYE | 1 | 11-05233 | Santarpia v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0149 | NYE | 1 | 11-05368 | Jones et al v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0150 | NYE | 2 | 11-04188 | D'Alessio et al v. Takeda Pharmaceuticals North America Inc. et al |
| 6:12-cv-0151 | NYE | 2 | 11-04950 | Occhiogrosso v. Takeda Pharmaceuticals America, Inc. et al |

### NEW YORK NORTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0152 | NYN | 5 | 11-01364 | Clark v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0153 | NYN | 6 | 11-01046 | Dabiere v. Takeda Pharmaceuticals America, Inc. et al |

### NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0154 | NYS | 1 | 11-06051 | Allen et al v. Takeda Pharmaceuticals North America Inc. et al |
| 6:12-cv-0155 | NYS | 1 | 11-06489 | Destefano v. Takeda Pharmaceuticals North America Inc. et al |
| 6:12-cv-0156 | NYS | 1 | 11-07097 | Gold v. Takeda Pharmaceuticals North America Inc. et al |

### NORTH CAROLINA EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0157 | NCE | 4 | 11-00158 | Harris et al v. Takeda Pharmaceutical Company Limited et al |
| 6:12-cv-0158 | NCE | 4 | 11-00206 | Earlie Elks Sr v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0159 | NCE | 5 | 11-00517 | Thornton v. Takeda Pharmaceutical Company Limited et al |
| 6:12-cv-0160 | NCE | 5 | 11-00539 | Ferrell v. Takeda Pharmaceutical Company Limited et al |
| 6:12-cv-0161 | NCE | 7 | 11-00212 | Backman v. Takeda Pharmaceutical Company Limited |

### NORTH CAROLINA MIDDLE

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0162 | NCM | 1 | 11-00854 | METCALF, et al v. TAKEDA PHARMACEUTICAL COMPANY LIMITED, et al |

### OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0163 | OHN | 1 | 11-01803 | Fazi v. Takeda Pharmaceuticals America, Inc et al |
| 6:12-cv-0164 | OHN | 1 | 11-01925 | Sieminski et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0165 | OHN | 1 | 11-02010 | Nuti, et al v. Takeda Pharmaceuticals America, Inc., et al |
| 6:12-cv-0166 | OHN | 1 | 11-02112 | Geer v. Takeda Pharmaceuticals America, Inc et al |
| 6:12-cv-0167 | OHN | 1 | 11-02123 | Duplago v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0168 | OHN | 1 | 11-02136 | Conway et al v. Takeda Pharmaceuticals America, Inc et al |
| 6:12-cv-0169 | OHN | 5 | 11-02011 | Mize et al v. Takeda Pharmaceuticals America, Inc et al |

### OKLAHOMA EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0170 | OKE | 6 | 11-00430 | Neal Emerson et al v. Takeda Pharmaceuticals North America, Inc., et al |

### OKLAHOMA NORTHERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0171 | OKN | 4 | 11-00722 | Tate v. Takeda Industries, Inc. et al |
| 6:12-cv-0172 | OKN | 4 | 11-00748 | Edwin Williams v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0173 | OKN | 4 | 11-00749 | Gary Bronnenberg et al v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0174 | OKN | 4 | 11-00750 | Charles Clawson v. Takeda Pharmaceuticals North America Inc et al |

### OKLAHOMA WESTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0175 | OKW | 5 | 11-01240 | Bennett v. Takeda Pharmaceuticals America Inc et al |
| 6:12-cv-0176 | OKW | 5 | 11-01242 | Kinnamon v. Takeda Pharmaceuticals America Inc et al |
| 6:12-cv-0177 | OKW | 5 | 11-01243 | Roeder v. Takeda Pharmaceuticals America Inc et al |
| 6:12-cv-0178 | OKW | 5 | 11-01244 | Crane v. Takeda Pharmaceuticals America Inc et al |
| 6:12-cv-0179 | OKW | 5 | 11-01247 | Bendorf v. Takeda Pharmaceuticals America Inc et al |
| 6:12-cv-0180 | OKW | 5 | 11-01248 | Williams v. Takeda Pharmaceuticals America Inc et al |
| 6:12-cv-0181 | OKW | 5 | 11-01278 | McNeill v. Takeda Pharmaceuticals North America Inc et al |
| 6:12-cv-0182 | OKW | 5 | 11-01279 | Banks v. Takeda Pharmaceuticals North America Inc et al |

### PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| 6:12-cv-0183 | PAE | 5 | 11-07217 | REICHART et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |

| | | | | |
|---|---|---|---|---|
| | SOUTH CAROLINA | | | |
| 6:12-cv-0184 | SC | 8 | 11-02786 | Betty Thomas et al v. Takeda Pharmaceuticals North America Inc et al |
| | TENNESSEE EASTERN | | | |
| 6:12-cv-0185 | TNE | 3 | 11-00566 | Glaze et al v. Takeda Pharmaceuticals North America Inc et al (TV1) |
| | TEXAS NORTHERN | | | |
| 6:12-cv-0186 | TXN | 4 | 11-00800 | Baldwin et al v. Takeda San Diego, Inc. et al |
| | TEXAS SOUTHERN | | | |
| 6:12-cv-0187 | TXS | 2 | 11-00345 | Gonzalez v. Takeda San Diego, Inc. et al |