RECEIVED

FEB 2 7 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Actos (Pioglitazone) Product Liability Litigation | * | 6: 11-md- 2299 |
| | * | |
| | * | |
| | * | JUDGE DOHERTY |
| | * | |
| This Document Applies to: | * | MAGISTRATE JUDGE HANNA |
| *Loob v. Takeda Pharmaceuticals* | * | |
| *America, Inc., et al.*, Central District | * | |
| of California, Case No. 2:11-cv-09815 | * | |
| VAP (OPx) | * | |

## ORDER TO REMAND

Upon consideration of the parties' stipulation, it is hereby ordered that *Loob v. Takeda Pharmaceuticals America, Inc., et al.*, Central District of California, Case No. 2:11-cv-09815 VAP (OPx) is **REMANDED** to the Superior Court of California, County of Los Angeles. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court and in the Central District of California.

IT IS SO ORDERED, this 27th day of February, 2012.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE