**SPANGENBERG SHIBLEY & LIBER LLP**
*Commitment. Integrity. Results.*

1001 LAKESIDE AVENUE EAST, SUITE 1700
CLEVELAND, OHIO 44114
216 / 696-3232 • FAX 216 / 696-3924
EMAIL ssl@spanglaw.com
WEB www.spanglaw.com

PETER H. WEINBERGER
WILLIAM HAWAL
PETER J. BRODHEAD
DENNIS R. LANSDOWNE
STUART E. SCOTT
RHONDA BAKER DEBEVEC
NICHOLAS A. DICELLO
NICOLE GREER
WILLIAM B. EADIE
MICHAEL A. HILL

CRAIG SPANGENBERG
(1914-1998)

NORMAN W. SHIBLEY
(1921-1992)

JOHN D. LIBER
OF COUNSEL

March 14, 2012

Clerk of Court
U.S. District Court
Western District of Louisiana
800 Lafayette Street, Suite 2100
Lafayette, LA 70501

**RE: MDL No. 6:11-MD-2299 - Actos (Pioglitazone) Products Liability Litigation AND Barbara Duplago, Executrix of the Estate of Francis Neil Lynch v. Takeda Pharmaceuticals America, Inc., et al, Case No. 6:12-cv-0167**

Dear Clerk:

Please consider this my request to be removed from the general mailing list as well as the mailing list for Barbara Duplago, Executrix of Estate of Francis Neil Lynch v. Takeda Pharmaceuticals America, Inc. et al; Case No. 6:12-cv-0167 presently pending before the Court.

Thank you for your assistance in this matter.

Very truly yours,

*Peter H. Weinberger*

Peter H. Weinberger
*pweinberger@spanglaw.com*

PHW/ejh