U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAR 29 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| This Document Applies to: All Cases | JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

### MINUTES OF COURT

Judge Doherty conducted a status conference in the referenced matter on Thursday March 22, 2012.[1] In attendance were Special Master Ken W. DeJean, Special Master Carmen M. Rodriguez, counsel for the plaintiffs (Richard Arsenault, Paul Pennock, Pat Morrow, and the Plaintiffs' Steering Committee) and counsel for the defendants (Sarah Gourley, E. Paige Sensenbrenner, John Martin, Meghan Guy, Sherry Knutson, and Nathan Huey).

The Court addressed the parties on the current status of this matter, including the following issues:

- proposed orders that have been exchanged between plaintiff and defense counsel;

- possibilities for beginning to address third party payor issues, including those related to Medicare and Medicaid programs;

- coordination of the MDL proceedings with those in California and Illinois state courts;

- the status of discovery and production efforts and issues; and

- a global case chronology order.

Counsel for all parties are advised that the obligation to file a choice of law declaration, as reflected in this Court's First General Order, is VACATED.

---

[1] Court time 4 hours, 20 minutes.