U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

MAR 2 9 2012

TONY R. MOORE, CLERK
BY _____

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE-
PRODUCTS LIABILITY LITIGATION

This Document Applies to:
All Cases

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## MINUTES OF COURT

Judge Doherty conducted a status conference in the referenced matter on Friday, March 23, 2012.[1]  In attendance were the Special Master Ken W. DeJean, Special Master Carmen M. Rodriguez, counsel for the plaintiffs (Richard Arsenault, Paul Pennock, Pat Morrow, and the Plaintiffs Steering Committee) and counsel for the defendants (Sarah Gourley, E. Paige Sensenbrenner, John Martin, Meghan Guy, Sherry Knutson, and Nathan Huey).

The Court addressed counsel on a number of issues, including proposed orders and protocols that have been exchanged, production by the defendants of portions of the New Drug Application for Pioglitazone, a direct filing order, truncated service of process proceedings, a preservation order and the defendants' document retention program, discovery in the Illinois and California proceedings, the need for an ESI vendor, test custodians, and the production of organization charts.

---

[1] Court time 2 hours, 40 minutes.