RECEIVED
APR - 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

**DISCOVERY ORDER:**
**Preliminary Document Production and Proposed Orders**

Considering discussions held during status conferences on March 22, 2012 and March 23, 2012, together with the negotiations that have occurred and the proposed orders that have been exchanged between the parties to this point,

IT IS HEREBY ORDERED that the defendants shall produce to the plaintiffs, no later than Friday, April 6, 2012 by 4:00 p.m., copies of the following portions of the applications for IND 33,729 and NDA 21-073 for Actos® (pioglitazone HCl), to the extent the following portions can be identified through keyword search of the IND and NDA, that have been loaded to defendant's litigation database and can be produced without redaction for confidential patient information or personal investigator information:

    Investigational New Drug Application
        Introductory Statement and General Investigational Plan
        Investigator's Brochure
        Protocols
        Chemistry Manufacturing and Control Information
        Pharmacology and Toxicology Information Section
        Previous Human Experience Section (if any)
        Previously Submitted Information reference (if any)
        Material submitted in Foreign Language statement (if any)
    New Drug Application
        Application Form 356h (cover letter, patent information)
        Index
        Executive Summary or Summary
        Chemistry Manufacturing Controls Section;

>Methods Validation section and Draft Labeling Section
>Non Clinical Pharmacology and Toxicology Section
>Human Pharmacokinetics and Bioavailability Section
>Integrated Summary of Safety
>Integrated Summary of Efficacy (or Effectiveness)
>Integrated Summary of Benefits and Risks
>Summary of All Clinical Trials

IT IS HEREBY FURTHER ORDERED that the defendants shall produce to the plaintiffs, no later than Friday, April 6, 2012 by 4:00 p.m., copies of organizational charts collected to date for the various named defendants. Defendants shall supplement this production on an ongoing basis to the extent additional organizational charts for the named defendants are located. All parties shall treat the materials produced under this order as confidential pending entry of a protective order.

IT IS HEREBY FURTHER ORDERED that the plaintiffs are to provide written responses to the proposals made by the defendants regarding a protective order (and the incorporated privilege log provisions and redaction protocol provisions), an ESI protocol, and a plaintiffs' fact sheet. These written responses are to be provided to the defendants no later than 4:00 p.m. on Friday, April 6, 2012.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __3__ day of __April__, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

{L0198053.3}    2