Case 6:11-md-02299-RFD-PJH   Document 576   Filed 04/17/12   Page 1 of 21 PageID #: 5863
Case 6:12-cv-00838-RFD-PJH   Document 2   Filed 04/09/12   Page 15 of 16 PageID #: 53
LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
    6:12CV838 - Springer et al v. Takeda
    Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:   ELI LILLY & CO**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299

This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

# PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ELI LILLY & CO** was received by me on *(date)* _____.

- I personally served the summons on **ELI LILLY & CO** at *(place)* _____
  _____ on *(date)* _____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on
  *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to
  accept service of process on behalf of *(name of organization)* _____
  _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):*  USPS via certified mail

    My fees are $ _____ for travel and $ _____
    for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/16/12 _____

Server's signature _____

*Printed name and title*  Daralou

*Server's address*  6620 W. Central, Toledo OH 43617

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

vice, etc:

Sent To  Eli Lilly and Company
Street, Apt. No or PO Box No  c/o National Registered Agents, Inc.
145 Baker Street
City, State, Zi  Marion, Ohio 43302

PS Form 3800, August 2006           See Reverse for Instructions

7011 2000 0000 9116 5491

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eli Lilly and Company
c/o National Registered Agents, Inc.
145 Baker Street
Marion, Ohio 43302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _NATIONAL SERVICE_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) _INFORMATION, INC._ C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   _145 BAKER STREET_
   _MARION, OH 43302_

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7011 2000 0000 9166 5491

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
   6:12CV838 - Springer et al v. Takeda
   Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:   TAKEDA PHARMACEUTICALS L L C**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299

This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **TAKEDA PHARMACEUTICALS L L C** was received by me on
*(date)*_____.

- I personally served the summons on **TAKEDA PHARMACEUTICALS L L C** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____, a person of suitable age and discretion who resides there, on
  *(date)*_____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to
  accept service of process on behalf of *(name of organization)*_____
  _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):* USPS Certified mail

  My fees are $ _____ for travel and $ _____
  for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/16/12

Server's signature

*Serenity Jarter - Paralegal*
Printed name and title

1620 W. Central, Toledo OH
Server's address                        43617

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

...vice, etc:

Sent To   Takeda Pharmaceuticals, LLC.
Street, Apt. No.   One Takeda parkway
or PO Box No.
City, State, Z   Deerfield, Illinois 60015

PS Form 3800, August 2006        See Reverse for Instructions

7011 2000 0000 9116 5460

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Takeda Pharmaceuticals, LLC.
One Takeda parkway
Deerfield, Illinois 60015

2. Article Number
   (Transfer from service label)

7011 2000 0000 9166 5460

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    PICKED UP BY
     MATT SHATEK
B. Received by (Printed Name)  590   C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

Case 6:11-md-02299-RFD-PJH    Document 576    Filed 04/17/12    Page 7 of 21 PageID #: 5869
Case 6:12-cv-00838-RFD-PJH    Document 2    Filed 04/09/12    Page 3 of 16 PageID #: 41
LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY
LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
     6:12CV838 - Springer et al v. Takeda
     Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:   TAKEDA PHARMACEUTICALS NORTH AMERICA INC**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299

This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **TAKEDA PHARMACEUTICALS NORTH AMERICA INC** was received by me on *(date)*_____.

- I personally served the summons on **TAKEDA PHARMACEUTICALS NORTH AMERICA INC** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)*_____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*_____ _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify)*:  USPS Certified Mail

  My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  4/16/12 _____

Server's signature  _____

Serenity Spitler - paralegal
Printed name and title

6620 W. Central, Toledo OH
                        43617
Server's address

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

vice, etc:

Sent To  Takeda Pharmaceuticals North America, Inc.
Street, Apt. No.; or PO Box No.  c/o CT Corporation System
City, State, ZIP+4  208 South LaSalle Street
Chicago, Illinois 60604

PS Form 3800, August 2006          See Reverse for Instructions

7011 2000 0000 9116 5750

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Takeda Pharmaceuticals North America, Inc.
c/o CT Corporation System
208 South LaSalle Street
Chicago, Illinois 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☑ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 2000 0000 9166 5750

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
    6:12CV838 - Springer et al v. Takeda
    Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:  TAKEDA PHARMACEUTICALS INTERNATIONAL INC**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299

This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **TAKEDA PHARMACEUTICALS INTERNATIONAL INC** was received by me on
*(date)*_____.

- I personally served the summons on **TAKEDA PHARMACEUTICALS INTERNATIONAL INC** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on
  *(date)*_____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to
  accept service of process on behalf of *(name of organization)*_____
  _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify)*:  USPS Certified Mail

  My fees are $ _____ for travel and $ _____
  for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/16/12

Server's signature

Serenity Spitzer - Paralegal
Printed name and title

Server's address

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & | |

Postmark
Here

ice, etc:

Sent To: Takeda Pharmaceuticals International, Inc.
Street, Apt. No.; or PO Box No.: One Takeda Parkway
City, State, ZIP+4: Deerfield, IL 60015

7011 2000 0000 9156 5736

PS Form 3800, August 2006                 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Takeda Pharmaceuticals
International, Inc.
One Takeda Parkway
Deerfield, IL  60015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  PICKED UP BY
MATT SWATEK
CWS #590

☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 2000 0000 9166 5736

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
    6:12CV838 - Springer et al v. Takeda
    Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:   TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER INC**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299

This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

# PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER INC** was received by me on *(date)*_____.

- I personally served the summons on **TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER INC** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)*_____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*_____ _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):* USPS Certified mail

   My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: 4/16/12

*Server's signature*

Serenity Spitzer - Paralegal
*Printed name and title*

6620 W. Central, Toledo OH
43617
*Server's address*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

...rice, etc:

Sent To

Takeda Global Research &
Development Center, Inc.
c/o CT Corportation system
208 South LaSalle Street
Chicago, IL 60604

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7011 2000 0000 9166 5477

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Takeda Global Research & Development Center, Inc. c/o CT Corportation system 208 South LaSalle Street Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

7011 2000 0000 9166 5477

PS Form 3811, February 2004          Domestic Return Receipt          5-02-M-1540

LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY
LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
      6:12CV838 - Springer et al v. Takeda
      Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:   TAKEDA PHARMACEUTICALS AMERICA INC**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299
This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **TAKEDA PHARMACEUTICALS AMERICA INC** was received by me on
*(date)*_____.

- I personally served the summons on **TAKEDA PHARMACEUTICALS AMERICA INC** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on
  *(date)*_____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to
  accept service of process on behalf of *(name of organization)*_____
  _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):*   USPS  Certified Mail

  My fees are $_____ for travel and $_____
  for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:  4/16/12_____          _____
                                          *Server's signature*

                                          Serenity Spitler - Paralegal
                                          *Printed name and title*

                                          6620 W Central, Toledo OH
                                          *Server's address*                 4367

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Post | |

Postmark Here

...vice, etc:

Sent To   Takeda Pharmaceuticals America, Inc.
          c/o CT Corporation System
Street, Apt.   1300 East Ninth Street
or PO Box   Cleveland, Ohio 44114;
City, State,

PS Form 3800, August 2006          See Reverse for Instructions

7011 2000 0000 9916 5745

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Takeda Pharmaceuticals America, Inc.
c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114;

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Debbie Justice
CT Corporation System
1300 East 9th Street
Cleveland, Ohio 44114

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

APR 1 3 2012

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7011 2000 0000 9166 5743

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

LAWD 440 (Rev 02/02/2012) Summons in MDL No. 2299

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY
LITIGATION

Civil Action No. 6:11MD2299

Judge Doherty

This document applies to:
    6:12CV838 - Springer et al v. Takeda
    Pharmaceuticals America Inc et al

Magistrate Judge  Hanna

## SUMMONS IN A CIVIL ACTION

**TO:   TAKEDA SAN DIEGO INC**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAMELA A BORGESS
ZOLL KRANZ & BORGESS
6620 W CENTRAL AVE STE 100
TOLEDO, OH 43617

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE
CLERK OF COURT

/s/ - Tony R. Moore

ISSUED ON 4/9/2012, Clerk USDC WDLA

6:11MD2299

This document applies to: 6:12CV838 - Springer et al v. Takeda Pharmaceuticals America Inc et al

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **TAKEDA SAN DIEGO INC** was received by me on
*(date)*_____.

- I personally served the summons on **TAKEDA SAN DIEGO INC** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on
  *(date)*_____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to
  accept service of process on behalf of *(name of organization)*_____
  _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):*   USPS Certified Mail

      My fees are $ _____ for travel and $ _____
      for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/16/12 _____

Server's signature

Serenity Spitzer - paralegal
Printed name and title

6620 W. Central, Toledo OH
Server's address                      43617

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

...rvice, etc:

Sent To: Takeda California, Inc., f/k/a/ Takeda San Diego, Inc.
Street, Apt. No.; or PO Box No. 10410 Science Center Drive
City, State, ZIP+4 San Diego, CA 92121

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Takeda California, Inc., f/k/a/ Takeda
San Diego, Inc.
10410 Science Center Drive
San Diego, CA  92121

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _R.D. Skiner_          ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

R.D. Skinner                04-13-12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

7011 2000 0000 9166 5484

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540