UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Actos (Pioglitazone) Products Liability Litigation | * * * * * * * * | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |
| This Document Applies to:<br>All Cases | | |

MINUTES OF COURT:
STATUS CONFERENCE OF APRIL 19, 2012

---

Presiding Judge: Rebecca F. Doherty  Date: April 19, 2012
Magistrate Judge: Patrick J. Hanna

Courtroom Deputy: Christine Guidry  Court Reporter: Cathleen Marquardt
Court Opened: 9:00 a.m.  Court Adjourned: 12:10 p.m. (Statistical Time: 3 Hrs./10 Min.)

---

      The monthly status conference was held in open court. Full discussion was held regarding all items noted on the Minute Entry: Agenda for April 19, 2012 Status Conference (Rec. Doc. 586). The attendance record for those who personally appeared and those who participated via telephone conference is attached. Counsel shall refer to the official transcript of this hearing for a complete record.

      Following the monthly status conference, counsel for defendants, special masters and steering committee met. This meeting was held over to the following day.