UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Actos (Pioglitazone) Products Liability Litigation | * * * * * | MDL No. 6:11-md-2299 |
| | | JUDGE DOHERTY |
| This Document Applies to: All Cases | * * * * | MAGISTRATE JUDGE HANNA |

Attendance Record

Status Conference 4/19/2012

| NAME - PLEASE PRINT | SIGNATURE |
|---|---|
| Jennifer Hoekstra | [signature] |
| Jonathan Sedgh | [signature] |
| LaToya J Burrell | [signature] |
| Laura Singletary | [signature] |
| Roger Smith | [signature] |
| W. James Singleton | [signature] |
| Dawn Barrios | [signature] |
| Nicholas Drakulich | [signature] |
| Neil Overholtz | [signature] |
| Andy Birchfield | [signature] |
| E. Samuel Geisler | [signature] |
| Merritt Cunningham | [signature] |
| Stephanie O'Connor | [signature] |
| Richard Arsenault | [signature] |
| Jeff Bassett | [signature] |
| Paul Pennock | [signature] |

-1-

Attendance Record
In Re: Actos Products Liability Litigation MDL 2299
Initial Status Conference 4/19/2012

| NAME - PLEASE PRINT | SIGNATURE |
|---|---|
| SARA GOURLEY | *signature* |
| Sherry Knutson | *signature* |
| Stephen B. Murray, Sr. | *signature* |
| DESSIEL MCCORVEY | *signature* |
| Gary Russo | *signature* |
| JERRY PARHER | *signature* |
| Art Murray | *signature* |
| JACK McELLIGOTT | *signature* |
| Taylor Bassett | *signature* |

| Time In | Time Out | Name | Plaintiff or Defendant | Law Firm Name | # Dialed in from | Date |
|---|---|---|---|---|---|---|
| 11:22:16 | 11:23:31 | Jill Cassert | Plaintiff | Pope McGlamry | 4045237706 | 04/19/12 |
| 11:17:47 | 11:24:00 | Jayne Conroy | Plaintiff | Hanley Conroy | 2127846402 | 04/19/12 |
| 11:31:53 | 11:35:41 | Diane Nast | Plaintiff | RodaNast | 7173682500 | 04/19/12 |
| 11:25:10 | 11:39:20 | Jayne Conroy | Plaintiff | Henley Conroy | 2127846402 | 04/19/12 |
| 11:38:25 | 11:42:40 | Dianne Nast | Plaintiff | RodaNast | 7173682500 | 04/19/12 |
| 11:22:21 | 12:07:35 | Parker Foster | Defendant | The Barkley Law Firm | 9185999991 | 04/19/12 |
| 11:27:47 | 12:08:04 | Vance Andrus | Plantiff | Andrus Hood &Wagstaf | 3036688944 | 04/19/12 |
| 11:25:48 | 12:19:57 | Michael Bollinger | Plaintiff | Neblett Beard and Arsenault | 3184879874 | 04/19/12 |
| 11:27:25 | 12:35:49 | Dan Robinson | Plaintiff | Robinson Calcagnie | 9172995533 | 04/19/12 |
| 11:24:46 | 12:37:49 | Catherine Heacox | Plantiff | Lanier Law Firm | 2124212800 | 04/19/12 |
| 11:24:27 | 12:41:25 | Jill Cassert | Plaintiff | Pope McGlamery | 4045237706 | 04/19/12 |
| 11:21:17 | 13:01:44 | Bobby Bell | Not Provided | Hollis Wright &Couch | 2053243600 | 04/19/12 |
| 12:08:28 | 13:11:13 | Parker Foster | Defendant | The Barkley Law Firm | 9185999991 | 04/19/12 |
| 11:26:02 | 13:11:18 | Jennifer Williams | Plaintiff | Jackson Allen Willia | 9726723995 | 04/19/12 |
| 11:19:51 | 13:11:26 | ***Judge Doherty | | Neblett Mod | 3375935000 | 04/19/12 |
| 11:13:51 | 13:11:26 | Troy Rafferty | Plaintiff | Levin Papantonio | 7027707000 | 04/19/12 |
| 11:35:16 | 13:11:26 | Mark Robinson | Plaintiff | Robinson Calcagine | 9496737637 | 04/19/12 |
| 11:22:26 | 13:11:26 | Brian Schochet | Plaintiff | Toberoff, Tessler and Schochet | 2127363251 | 04/19/12 |
| 11:28:39 | 13:11:29 | Melissa Hedrick | Plaintiff | Atkins and Markoff | 4056078757 | 04/19/12 |
| 11:28:57 | 13:11:29 | Wendy Kell | Plaintiff | Tate Law Firm | 9122343030 | 04/19/12 |
| 13:08:40 | 13:11:29 | Bobby Bell | Not Provided | Hollis, Wright | 2053243600 | 04/19/12 |
| 11:21:39 | 13:11:31 | Sean OHara | Plaintiff | Poe McGlamry | 7063240467 | 04/19/12 |
| 11:20:33 | 13:11:32 | Mekel Alvarez | Plaintiff | Morris Bart | 5045258000 | 04/19/12 |
| 11:29:38 | 13:11:33 | Karen Collins | Plaintiff | Hardison & Cochran | 9198290449 | 04/19/12 |
| 11:43:34 | 13:11:35 | Dianne Nast | Plaintiff | Roda Nast | 7027707000 | 04/19/12 |
| 11:40:33 | 13:11:37 | Jayne Conroy | Plaintiffs | Hanly Conroy | 2127846402 | 04/19/12 |
| 11:23:28 | 13:11:37 | Elizabeth Peterson | Plaintiff | Zimmerman Reed | 6123410400 | 04/19/12 |
| 11:27:01 | 13:11:39 | Ron Favre | Plaintiff | Michael Hingle & Associates | 9857811395 | 04/19/12 |
| 11:38:38 | 13:11:39 | Michael Miller | Plaintiff | Miller Firm | 7035198080 | 04/19/12 |
| 11:24:06 | 13:11:40 | Taba Tabaie | Plaintiff | Sill Law Group | 4055096271 | 04/19/12 |
| 11:33:05 | 13:11:41 | David Shaffer | Plaintiff | Shaffer Law Office | 8012999443 | 04/19/12 |
| 11:18:07 | 13:11:41 | Joshua Hess | Not Provided | Chehardy Sherman | 5048335600 | 04/19/12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11:32:04 | 13:11:43 | Bernard Daskal | Plaintiff | Lynch Daskal Emery | 2127100053 | 04/19/12 |
| 12:38:59 | 13:11:43 | Katherine Heacox | Plaintiff | Lanier Law Firm | 2124212800 | 04/19/12 |
| 12:04:05 | 13:11:43 | Matt Moreland | Plaintiff | Becnel | 9855361187 | 04/19/12 |
| 11:30:39 | 13:11:43 | Darrron Berquist | Plaintiff | Wilentz Goldman & Spitzer | 2122673091 | 04/19/12 |
| 11:23:37 | 13:11:43 | David Buchanan | Plaintiff | Seeger Weiss | 2125840700 | 04/19/12 |