## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Actos (Pioglitazone) Products Liability Litigation | * * * | 6:11-md-2299 |
| This Document Applies to: | * * | JUDGE DOHERTY |
| *Lillian Davis, et al. vs. Takeda Pharmaceuticals North America, Inc., et al.* (Case No. 6:12-cv-00133) | * * * * | MAGISTRATE JUDGE HANNA |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Lillian Davis's claims in the above-captioned matter be dismissed without prejudice, each party to bear its own costs. The parties further agree that if plaintiff Lillian Davis re-files her lawsuit, she will do so in this MDL and may not name a non-diverse defendant, and that, if she violates this condition, the dismissal without prejudice will be converted to a dismissal with prejudice.

DATED: June 21, 2012

| | |
|---|---|
| *s/ Douglas R. Plymale* | *s/ Sara J. Gourley* |
| Douglas R. Plymale | Sara J. Gourley |
| Dugan Law Firm | Sidley Austin LLP |
| One Canal Place | One South Dearborn |
| 365 Canal St., Suite 1000 | 32nd Floor |
| New Orleans, LA 70130 | Chicago, IL 60603 |
| Telephone: (504) 648-0180 | Telephone: (312) 853-7000 |
| Facsimile: (504) 648-0181 | Facsimile: (312) 853-7036 |
| dplymale@dugan-lawfirm.com | sgourley@sidley.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                      *s/ Sara J. Gourley*