UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:  ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 6:11-md-02299 |
| | JUDGE DOHERTY |
| APPLIES TO: Civil Action No. 6:11-cv-00171 | MAGISTRATE JUDGE HANNA |

**ORDER**

For the reasons set forth on the record in open court on July 27, 2012,

IT IS ORDERED that the plaintiff's motion for leave to file an amended complaint (Rec. Doc. 71) is GRANTED.

Signed at Lafayette, Louisiana, this 27th day of July 2012.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE