UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Actos (Pioglitazone) Products Liability Litigation | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: 6:12CV0171 | MAGISTRATE JUDGE HANNA |

MINUTES OF COURT:
Motion Hearing

Presiding Judge: Magistrate Judge Patrick J. Hanna    Date: July 27, 2012
Courtroom Deputy: Christine Guidry    Court Reporter: Cathleen Marquardt
Court Opened: 9:30 a.m./Court Adjourned: 9:50 a.m.    (Statistical Time: 20 Min.)

Melissa A. East appeared via telephone conference    Counsel for Plaintiff, Steven Tate
Jeanne Foster    Counsel for Defendant, Eli Lilly
Kevin Dills    Counsel for Defendants, Takeda
Parker Foster    Counsel for Defendant. Springer Clinic

    Oral argument was held on the issue of this Court's subject matter jurisdiction and the Motion to Amend (Rec. Doc. 71). For the reasons stated on the record, the Motion to Amend (Rec. Doc. 71) is GRANTED.