UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Actos (Pioglitazone) Products Liability Litigation | * * * * * | MDL No. 6:11-md-2299 |
| | | JUDGE DOHERTY |
| This Document Applies to: 6:12CV0411 | * * * | MAGISTRATE JUDGE HANNA |

MINUTES OF COURT:
Evidentiary Hearing

Presiding Judge: Magistrate Judge Patrick J. Hanna     Date: July 27, 2012

Courtroom Deputy: Christine Guidry     Court Reporter: Cathleen Marquardt
Court Opened: 9:50 a.m./Court Adjourned: 10:35 a.m.    (Statistical Time: 45 Min.)

Safdar Lilak, Pro Se Plaintiff appeared via
Jeanne Foster                                    Counsel for Defendant, Eli Lilly
Kevin Dills                                      Counsel for Defendants, Takeda
Kenneth W. Dejean                                Deputy Special Master

    An Evidentiary hearing in the nature of a motion for more definite statement of the claims was held.

    Court Exhibit 1 - E-mail dated 4/13/2012 from Safdar Neil Lilak was filed into the record. The Court advised Mr. Lilak that a response (Rec. Doc. 55) dated June 13, 2012, and a response (Rec. Doc. 63) dated July 11, 2012, are the only pleadings filed in this record. Mr. Lilak is advised a Motion for Leave of Court, the proposed pleadings and a proposed order are required in order to file additional pleadings.

    Additionally, the Court has advised the plaintiff that pursuant to the Rules of Multidistrict Litigation, specifically 10.1, the District Court has the authority to request that this case be remanded to the Court from which it came if appropriate factors are met. Plaintiff advised that he would object to remand to the Federal District Court in Colorado. Counsel for the defendants do not object to the recommendation of remand to the Federal District Court in Colorado, but reserve their right to file written objection to a report and recommendation.

    A written Report and Recommendation will be submitted to Judge Doherty. Oppositions to the Report and Recommendations are due fourteen days (14) days from receipt of the report and recommendation, to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after receipt of a copy of any objections or responses to the district judge at the time of filing.