# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Actos (Pioglitazone)  Products | * | |
|     Liability Litigation | * | **MDL No. 6:11-md-2299** |
| | * | |
| | * | **JUDGE DOHERTY** |
| | * | |
| **This Document Applies to:** | * | **MAGISTRATE JUDGE HANNA** |
| **6:12CV0411** | * | |

**Court Exhibit List**
**Evidentiary Hearing Held 7/27/2012**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTI-FIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | E-mail dated 4/13/2012 from Safdar Neil Lilak | 7/27/2012 | 7/27/2012 | 7/27/2012 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Page \_\_\_\_1\_\_\_\_ of \_\_1\_\_\_\_ Page(s)**