

RECEIVED

NOV 0 8 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



Clerk's Office
A True Copy
November 16, 2012
Deputy Clerk U. S. District Court
Western District of Louisiana
Shreveport, LA

**IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION**                                                    MDL No. 2299

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –38)**

On December 29, 2011, the Panel transferred 11 civil action(s) to the United States District Court
for the Western District of Louisiana for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. §1407. *See* 840 F.Supp.2d 1356 (J.P.M.L. 2011). Since that time, 280 additional
action(s) have been transferred to the Western District of Louisiana. With the consent of that court,
all such actions have been assigned to the Honorable Rebecca F Doherty.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Western District of Louisiana and assigned to
Judge Doherty.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Western District of Louisiana for the reasons stated in the order of December 29, 2011, and, with the
consent of that court, assigned to the Honorable Rebecca F Doherty.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Western District of Louisiana. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 08, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION**                                    MDL No. 2299

### SCHEDULE CTO-38 – TAG–ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| Assigned Western District of Louisiana civil action number: | | | | |
| | GEORGIA NORTHERN | | | |
| 6:12-cv-2915 | GAN | 1 | 12–03626 | Manley v. Takeda Pharmaceuticals America, Inc. et al |
| | NEW YORK WESTERN | | | |
| 6:12-cv-2916 | NYW | 1 | 12–01027 | Cusmano, et al v. Takeda Pharmaceuticals U.S.A., Inc., f/k/a Takeda Pharmaceuticals North America, Inc., et al |