RECEIVED
FEB - 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

## ORDER

Kenneth W. DeJean, Deputy Special Master, submitted two Requests for Distribution of Funds to this Court on December 28, 2012. Magistrate Judge Hanna has reviewed the Requests and made a recommendation that the Requests be PAID (Doc. No. 2249). Considering the Requests, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

IT IS HEREBY ORDERED that the Requests for Distribution of Funds shall be:

✓ GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$28,762.50**.

_____ GRANTED IN PART AND DENIED IN PART for the reasons set forth in the Memorandum Ruling issued this date.

_____ DENIED for the reasons set forth in the Memorandum Ruling issued this date.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 1 day of February, 2013.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 2-1-13
BY: CM
TO via fax: Gary Russo