RECEIVED
FEB - 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: SAFDAR LILAK V. TAKEDA PHARMACEUTICALS USA, INC., ET AL. CASE NO. 6:12-00411 | MAGISTRATE JUDGE HANNA |

### ORDER AND SUGGESTION OF REMAND

Pending before this Court is the Report and Recommendation of the Magistrate Judge [Rec. Doc. 90] on an evidentiary hearing under Fed. R. Civ. P. 12(e), in the nature of a motion for more definite statement of claims, and to insure compliance with Local Rule 11.1. [Rec. Doc. 53] After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein.

Accordingly, pursuant to 28 U.S.C. § 1407 and Rule 10.1(b) for Multidistrict Litigation, this Court suggests that this action be remanded to the transferor district court, the U.S. District Court for the District of Colorado. For the reasons stated in the adopted Report and Recommendation, the Court also finds that the purposes of the MDL have been accomplished in this case.

The Clerk is directed to serve a copy of this Order and Suggestion of Remand upon the Clerk of the Judicial Panel on Multidistrict Litigation.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 5 day of February, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE