RECEIVED
FEB 2 6 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

ORDER

Kenneth W. DeJean, Deputy Special Master, submitted three Requests for Distribution of Funds to this Court on January 24, 2013. Magistrate Judge Hanna has reviewed the Requests and made a recommendation that the Requests be PAID (Doc. No. 2322). Considering the Requests, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

IT IS HEREBY ORDERED that the Requests for Distribution of Funds shall be:

____✓____ GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$33,708.69**. for Oct - Dec, 2012

_____ GRANTED IN PART AND DENIED IN PART for the reasons set forth in the Memorandum Ruling issued this date.

_____ DENIED for the reasons set forth in the Memorandum Ruling issued this date.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 26 day of February, 2013.

COPY SENT
DATE 2-26-13
BY CM
TO via fax: Gary Russo

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE