

RECEIVED
MAY 2 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLIAZONE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Ferrouillet et al. v. Takeda Pharmaceuticals America, Inc. et al.*; Case No. 6:12-cv-01635-RFD-PJH; *only regarding Plaintiffs Frederick L. Renz and Patsy Renz* | MDL NO. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED** that Plaintiffs' motion be and is hereby granted and the claims of Plaintiffs, Frederick L. Renz individually and Patsy Renz, spouse are dismissed, with prejudice, reserving all claims filed by all other plaintiffs in the Bundled Complaint.

Lafayette, Louisiana, this __22__ day of __May__, 2013.

_____
JUDGE