RECEIVED
JUN - 3 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on May 1, 2013 for the period January, February, and March 2013, and any and all objections received, I recommend to the Court that the Request be:

__✓__  Paid

_____  Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____  Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE

{L0242403.1}                                      1

RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 3rd day of _____June_____, 2013.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

# JONES WALKER
Alabama, Arizona, District of Columbia
Florida, Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

March 1, 2013

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA            INVOICE NO. 650418
ATTN: JUDGE REBECCA F. DOHERTY
        MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA  70501


RE:   ACTOS MDL
      FILE NO. 130758-00


FOR PROFESSIONAL SERVICES RENDERED DURING THE 1ST QUARTER, 2013:

| | |
|---|---|
| TOTAL FEES | $194,917.50 |
| TOTAL COSTS | $   3,903.41 |
| **TOTAL DUE AND OWING** | **$194,820.91** |

{L0242393.1}