# EXHIBIT 2

## DOUGLAS FORREST, ESQ

VICE PRESIDENT –eDISCOVERY STRATEGY & MANAGEMENT

INTERNATIONAL LITIGATION SERVICES

## PROFESSIONAL EXPERIENCE

INTERNATIONAL LITIGATION SERVICES JULY 2010 – PRESENT

*VICE PRESIDENT –eDISCOVERY STRATEGY & MANAGEMENT*

Advising law firms in ESI discovery matters, including production protocols and formats, application of predictive coding, pre-trial conferences, post-production issue analysis.

OZMOSYS, INC                         MAY, 2010 - JUNE, 2011, 2000 – 2006

*CHIEF TECHNOLOGY OFFICER*

Designed and developed on-line client-administered service, OEM'ed by Lexis as *LexisNexis Research® Total Alerts*, to deliver individualized e-mails consolidating new content from web sites, Lexis Trackers, Factiva folders, CourtLink, direct publisher feeds, RSS feeds, etc..

Developed Web 2.0 on-line practice area/client daily newsletter service OEM'ed by LexisNexis as *LexisNexis Clipper*.

Developed the on-line technology behind the *LexisNexis Legal Industry Monitor*, *Thompson Elite Daily Docket* and Institutional Investors' *Mutual Fund Daily*, *Hedge Fund Daily* and *Compliance Daily*

ENCORE DISCOVERY SOLUTIONS            AUGUST 2009 – MAY 2010

*DIRECTOR, NORTHEAST REGION*
E-Discovery sales.

GUIDANCE SOFTWARE, INC                MAY 2006 – AUGUST 2009

*E-DISCOVERY SPECIALIST (JANUARY 2009 – AUGUST 2009)*

Oversaw implementation of enterprise ESI software at Verizon, GE, AOL, Bell Canada, etc.

*E-DISCOVERY SERVICES MANAGER (AUGUST 2007 – DECEMBER 2008)*

*E-DISCOVERY BUSINESS MANAGER (MAY 2006 - AUGUST 2007)*

Managed e-discovery professional services sales team.

INDEPENDENT CONSULTANT          1984 – 1989, 1998 - 2006

- Created PDA Application prototype to monitor Point-Of-Purchase materials usage in 1,700 store national retail chain.
- Created workflow-enabled Operations Control system to capture, track and review all hours, services, rentals and expenses, and create invoices in accounting system for major litigation and trial services vendor.
- Designed ESI processing system for major litigation support vendor.
- Developed zero-footprint, insert-and-run CD application for debtor's' data distributions in a $10 billion+ bankruptcy.

SPECIAL COUNSEL/LIT, INC.          1993 – 1998

EXECUTIVE DIRECTOR, TECHNICAL SERVICES DIVISION:  Acted as primary technological strategist in developingXerox/Special Counsel Alliance initiative to legal community.

VICE PRESIDENT, RESEARCH & DEVELOPMENT:  Conceived, designed and created *WIDE* (Workflow Document Imaging Environment) for Skadden, Arps, Slate, Meagher & Flom to image, index, distribute and manage daily receipt of 15,000 pages of docket materials in 100,000 cases cluster.

Conceived, designed and oversaw development of *LIT CaseWorks*, a *Lotus Notes*-based enterprise-class integrated case management and litigation support system used at Cravath, Swaine & Moore; Simpson Thacher & Bartlett and Dickinson Wright.

DIRECTOR OF LITIGATION SERVICES:  Litigation support sales and project and account management for clients including Paul, Weiss, Cravath, Simpson Thacher, Chadbourne & Parke, Akin Gump, etc.

MICROEDGE, INC.          1989 – 1993

VICE PRESIDENT PROFESSIONAL SERVICES

Built consulting and training divisions for PC software company, including business development, project management and systems analysis. Led development of award-winning system to handle $34 billion Mexican debt refinancing for Citibank.

CRAVATH, SWAINE & MOORE          1979 – 1984

SENIOR LITIGATION ASSOCIATE:  Significant involvement in complex litigation, including antitrust analysis for HBO and Time, Inc., IBM antitrust litigation, Iranian hostage defense preparation,
international arbitration proceedings and pro bono representation of Phoenix House.

BREED, ABBOTT & MORGAN          1976-1979

LITIGATION ASSOCIATE:  Work on matters for Honeywell, Armco Steel, National Distillers, Arthur Andersen, etc, with significant attention to antitrust, including monopsony claims.

EDUCATION

Stanford Law School (J.D., 1976, Note Editor, *Stanford Law Review)*
Antioch College (B.A., 1973)

I, Douglas Forrest, hereby declare as follows:

1.  I am the Vice President, eDiscovery Analytics & Management at International Litigation Services ("ILS"), which is located in Aliso Viejo, California (www.ilsteam.com). I have been retained as a consultant for the Plaintiffs in this action. The facts stated in this declaration, except as otherwise explicitly noted, are within my own personal knowledge and, if called as a witness to testify, I could and would competently testify to the facts contained in this declaration.

2.  I was admitted to practice law in New York in 1977, and am still a member in good standing of the New York bar. I have been involved with legal technology for over thirty (30) years, with particular expertise in e-discovery, having participated in, designed and managed numerous discovery and e-discovery projects. My CV is attached as Exhibit A.

3.  At ILS, I direct discovery analytics and have directly participated in the management and execution of eDiscovery projects including the application of predictive coding and other advanced analytic techniques to discovery materials and advising in the drafting of predictive coding protocols.

4.  I submit this Declaration in support of Plaintiffs' Motion to Compel Production of Predictive Coding Documents.

5.  On or about March 15, 2013, ILS downloaded a DAT file overlay containing a "Relevance_Score_Feedback" field from an FTP site of Defendants' vendor Epiq. The file contained 492,653 predictive coding scores for previously produced documents from the following custodians:

| Prefix | Custodian | Original Custodian |
|---|---|---|
| TAK-HARRIT | Thomas Harris | y |
| LLY-SHARE | Lilly | |
| TAK-BAROND | David Baron | y |
| TAK-BHATTM | Mondira Bhattacharya | |
| TAK-CAGGIAC | Christopher Caggiano | y |
| TAK-CARACM | Mike Caracci | y |
| TAK-COHENS | Samuel Cohen | |
| TAK-DALYRI | Rich Daly | y |
| TAK-FLETCE | Elizabeth Fletcher | |

| | | |
|---|---|---|
| TAK-FUSCOG | Gregory Fusco | y |
| TAK-GERRIC | Charles Gerrits | y |
| TAK-GREEBJ | Jennifer Greeby | y |
| TAK-HASKIJ | Janet Haskins | |
| TAK-INDNDA | INDNDA | |
| TAK-JOHNSJ | Janet Johnston | y |
| TAK-KUPFES | Stuart Kupfer | y |
| TAK-LEEJES | Jessie Lee | y |
| TAK-LORENJ | Janet Lorenze | y |
| TAK-ORLAND | Dan Orlando | y |
| TAK-ORTELU | Una Ortell | y |
| TAK-PAGEJG | J.G. Page | |
| TAK-PARISM | Maria Paris | y |
| TAK-PERALM | Michelle Peralta | |
| TAK-PEREZA | Alfonzo Perez | y |
| TAK-PHARMACO | Pharmacovigilance | |
| TAK-PRITZM | Mary Jo Pritza | y |
| TAK-PROMO-AD | Promotion and Advertising Dept | |
| TAK-RAMSTM | Mary Ramstack | y |
| TAK-RECKED | David Recker | y |
| TAK-ROEBEM | Mick Roebel | y |
| TAK-SPANHR | Robert Spanheimer | y |
| TAK-TAKEDA | Takeda | |
| TAK-THOMCL | Claire Thom | y |
| TAK-TROCHA | Anton Trochanov | y |
| TAK-WEISBS | Shay Weisbrich | y |
| TAK-XUESON | Songlin Xue | |

6. On March 21, 2013, ILS downloaded production volume TAK-SAMPLE0003, which contained a predictive coding sampling production of 400 documents with Relevance Score Feedback scores of 20, 50, 75 and 90, and now has a total of 493,053 such scores.

7. 345,021 of those 493,053 produced documents for which Relevance Score Feedback scores have been received have scores of 50 or higher. 332,600 have scores of 52 or higher. 65,392 have scores of 95 or higher.

8. On or about May 15, 2013, ILS downloaded production volume TAK361 from Epiq's FTP site. TAK361 contained 4,543 documents, but did not include Relevance_Score Feedback

scores for them. The breakdown by custodian of these documents, as given in an May 15, 2013 email from Joseph Coleman to Paul Pennock et al. was as follows:

| Custodian | Production Volume | Production Begin Bates | Production End Bates | Document Count | Page Count |
|---|---|---|---|---|---|
| Alfonzo Perez | TAK361 | TAK-PEREZA-00163646 | TAK-PEREZA-00165168 | 136 | 1523 |
| Andy Hull | TAK361 | TAK-HULLAN-00112847 | TAK-HULLAN-00112857 | 10 | 11 |
| Anton Trochanov | TAK361 | TAK-TROCHA-00391280 | TAK-TROCHA-00392425 | 226 | 1146 |
| Charles Gerrits | TAK361 | TAK-GERRIC-00003164 | TAK-GERRIC-00003241 | 47 | 78 |
| Christopher Caggiano | TAK361 | TAK-CAGGIAC-00359947 | TAK-CAGGIAC-00360517 | 534 | 571 |
| Claire Thom | TAK361 | TAK-THOMCL-00035598 | TAK-THOMCL-00035635 | 16 | 38 |
| Dan Orlando | TAK361 | TAK-ORLAND-00084316 | TAK-ORLAND-00084316 | 1 | 1 |
| D'Arcy Ryan | TAK361 | TAK-RYANDA-00141513 | TAK-RYANDA-00141513 | 1 | 1 |
| David Baron | TAK361 | TAK-BAROND-00380067 | TAK-BAROND-00380375 | 178 | 309 |
| David Recker | TAK361 | TAK-RECKED-00155745 | TAK-RECKED-00155801 | 26 | 57 |
| Gregory Fusco | TAK361 | TAK-FUSCOG-00063607 | TAK-FUSCOG-00064902 | 274 | 1296 |
| INDNDA | TAK361 | TAK-INDNDA-02031637 | TAK-INDNDA-02036137 | 631 | 4501 |
| Janet Johnston | TAK361 | TAK-JOHNSJ-00170784 | TAK-JOHNSJ-00172246 | 206 | 1463 |
| Janet Lorenz | TAK361 | TAK-LORENJ-00064312 | TAK-LORENJ-00064341 | 18 | 30 |
| Jennifer Greeby | TAK361 | TAK-GREEBJ-01417436 | TAK-GREEBJ-01419223 | 78 | 1788 |
| Jessie Lee | TAK361 | TAK-LEEJES-00165305 | TAK-LEEJES-00165780 | 328 | 476 |
| Julie Tynan | TAK361 | TAK-TYNANJ-00320827 | TAK-TYNANJ-00321704 | 522 | 878 |
| Karen Alsene | TAK361 | TAK-ALSENK-00000001 | TAK-ALSENK-00000019 | 3 | 19 |
| Maria Paris | TAK361 | TAK-PARISM-00096409 | TAK-PARISM-00096631 | 51 | 223 |
| Mary Jo Pritza | TAK361 | TAK-PRITZM-00324810 | TAK-PRITZM-00325252 | 315 | 443 |
| Mary Ramstack | TAK361 | TAK-RAMSTM-00565219 | TAK-RAMSTM-00566038 | 561 | 820 |
| Maryann Cuomo | TAK361 | TAK-CUOMOM-00083904 | TAK-CUOMOM-00083935 | 6 | 32 |
| Mehmood Khan | TAK361 | TAK-KHANME-00023209 | TAK-KHANME-00023212 | 3 | 4 |
| Mick Roebel | TAK361 | TAK-ROEBEM-00120466 | TAK-ROEBEM- | 129 | 225 |

| Name | | Begin Bates | End Bates | | | |
|---|---|---|---|---|---|---|
| Mick Roebel | TAK361 | TAK-ROEBEM-00120466 | TAK-ROEBEM-00120690 | | 129 | 225 |
| Mike Caracci | TAK361 | TAK-CARACM-00076631 | TAK-CARACM-00076651 | | 18 | 21 |
| Rich Daly | TAK361 | TAK-DALYRI-00280323 | TAK-DALYRI-00280364 | | 8 | 42 |
| Robert Spanheimer | TAK361 | TAK-SPANHR-00414963 | TAK-SPANHR-00415082 | | 95 | 120 |
| Shay Weisbrich | TAK361 | TAK-WEISBS-00071555 | TAK-WEISBS-00071555 | | 1 | 1 |
| Stuart Kupfer | TAK361 | TAK-KUPFES-01338928 | TAK-KUPFES-01339151 | | 111 | 224 |
| Thomas Harris | TAK361 | TAK-HARRIT-00083923 | TAK-HARRIT-00083933 | | 7 | 11 |
| Una Ortell | TAK361 | TAK-ORTELU-00083798 | TAK-ORTELU-00083801 | | 3 | 4 |

Executed June 17, 2012.

_____
Douglas Forrest