UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) )<br>PRODUCTS LIABILITY )<br>LITIGATION )<br>)<br>)<br>)<br>This Document Applies to: )<br>)<br>ALL CASES )<br>_____/ | MDL No. 6:11-md-2299<br><br>**JUDGE DOHERTY**<br><br>**MAGISTRATE JUDGE HANNA** |

### [PROPOSED] ORDER GRANTING PLAINTIFF STEERING COMMITTEE'S MOTION TO COMPEL

Before this Court is Plaintiffs' Steering Committee's Motion to Compel Production of Predictive Coding Documents as filed on June 17, 2013.  The Court being fully advised in the premises, and the Court being of the opinion that said motion should be granted, it is therefore:

ORDERED AND ADJUDGED that Plaintiffs' Steering Committee's Motion to Compel Production of Predictive Coding Documents is hereby GRANTED.  Defendants shall produce to Plaintiffs' Steering Committee, on a rolling basis, documents previously not produced by the following dates:

1. Relevancy Cut-Off Score of 90 and greater: _____

2. Relevancy Cut-Off Score of 85 and greater: _____

3. Relevancy Cut-Off Score of 80 and greater: _____

4. Relevancy Cut-Off Score of 70 and greater: _____

5. Relevancy Cut-Off Score of 60 and greater: _____

6. Relevancy Cut-Off Score of 52 and greater: _____

THUS DONE AND ORDERED THIS _____ day of _____, 2013.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE