# ATTACHMENT 1

| CASE NUMBER | SHORT TITLE |
|---|---|
| 6:13-cv-0880 | Ranaudo v. Takeda Pharmaceuticals America Inc et al |
| 6:13-cv-0888 | Steinley et al v. Takeda Pharmaceuticals America Inc et al |
| 6:13-cv-0889 | Tompkins et al v. Takeda Pharmaceuticals America Inc et al |
| 6:13-cv-0890 | Wagner et al v. Takeda Pharmaceuticals America Inc et al |