UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCT LIABILITY LITIGATION | 6:11-MD-2299<br>Judge Doherty<br>Magistrate Judge Hanna |
| *This Document Relates To:*<br>*All Cases* | |

PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO COMPEL FED. R. CIV. P. 30(B)(6) DEPOSITION

NOW INTO COURT, comes the Plaintiffs' Steering Committee, which moves the Honorable Court for an Order Compelling the Fed. R. Civ. P. 30(b)(6) deposition of Defendants, Takeda Pharmaceutical Company, Ltd., Takeda Pharmaceuticals U.S.A., Inc. (f/k/a Takeda Pharmaceuticals North America, Inc.), Takeda Pharmaceuticals America, Inc., Takeda Global Research & Development Center, Inc., Takeda California, Inc. (f/k/a Takeda San Diego, Inc.), Takeda Pharmaceuticals International, Inc., and Takeda Pharmaceuticals, LLC, on topics concerning destroyed custodial files and litigation holds for reasons set forth in the attached Memorandum.

Dated:  June 18, 2013                                Respectfully submitted,

                                         /s/ Richard J. Arsenault
                                        Richard J. Arsenault, Co-Lead Counsel
                                        NEBLETT, BEARD & ARSENAULT
                                        2220 Bonaventure Court
                                        P.O. Box 1190
                                        Alexandria, Louisiana 71301
                                        (800) 256-1050
                                        (318) 561-2591 Fax
                                        rarsenault@nbalawfirm.com

1

>Paul J. Pennock, Co-Lead Counsel
>Weitz &Luxenberg, P.C.
>700 Broadway
>New York, NY 10003
>(212)558-5500
>ppennock@weitzlux.com

Certificate Of Service

I hereby certify that on June 18, 2013, a copy of the above and Motion and Memorandum in Support of the Motion to Compel 30(b)(6) Deposition served on Defendants via e-mail and the Court's ECF system.

>  /s/ Richard J. Arsenault
>Richard J. Arsenault, Co-Lead Counsel