UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LITIGATION | CIVIL ACTION NO. 6:11MD2299 |
| | JUDGE DOHERTY |
| This Document Applies to: 6:12CV3045 | MAGISTRATE JUDGE HANNA |

NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motion to Withdraw Heather A Foster as Attorney filed on June 18, 2013 by Don Dunlap was DEFICIENT for the following reason(s):

✓   An original signature of withdrawing attorney is required by Fed.R.Civ.P. 11. If filed in paper, a photocopy, signature stamp, FAX copy of a signature or signature "by permission" is not deemed by the judges of this district to fulfill the requirements of this rule. Please provide a proper signature page for this document. (Please also refer to LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party.)

**Please electronically submit your "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court. <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.  Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.