RECEIVED
JUN 2 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on May 1, 2013 (Invoice No. 650418) for services rendered in January, February and March, 2013. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 2810]. It is noted that Invoice No. 650418, attached to the recommendation [Doc. No. 2810], contains a typographical error in the date section, the correct date is April 1, 2013. The amended invoice with the correct date is attached hereto. The Court hereby ORDERS the amended invoice be substituted where appropriate. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$194,820.91**.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _25_ day of June, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 6-26-13
BY CB
TO via fax: Arsement, Redd & Morella, PLC