RECEIVED

JUL 2 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to:<br>All Cases | MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds for services rendered by Arsement, Reed & Morella, LLC for the period April, May, June 2013 submitted by Gary J. Russo, Special Master on July 3, 2013, and any and all objections received, I recommend to the Court that the Request be:

_____✓_____  Paid

_____  Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____  Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: JOINT EXPENSES (REC. DOC. 1906), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS

– AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22nd day of _____July_____, 2013.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE