RECEIVED

SEP – 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

IN RE ACTOS (PIOGLITAZONE-          *       MDL NO.: 6:11-md-2299
PRODUCTS LIABILITY LITIGATION       *
                                    *       JUDGE REBECCA F. DOHERTY
                                    *
                                    *       MAGISTRATE JUDGE HANNA

---

## REPORT AND RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

---

This Court having reviewed the Request for Distribution of Funds submitted by Kenneth W. DeJean, Deputy Special Master on August 14, 2013, I recommend to the Court that the Request be:

_____          Paid

_____          Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith

_____          Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS - AND SHALL NOT FILE THE OBJECTION INTO THE RECORD - NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _5___ day of _September___, 2013.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE