RECEIVED
SEP 2 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

JUDGE DOHERTY

This Document Applies to:
All Cases     MAGISTRATE JUDGE HANNA

ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on August 27, 2013 (Invoice No. 668837) for services rendered in July, 2013. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 3295]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$80,662.63**, representing the services rendered in July, 2013.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25 day of September, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE