

WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

DEC 1 6 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on November 15, 2013 for the month of October 2013, and any and all objections received, I recommend to the Court that the Request be:

__✓__  Paid

*Special Masters to provide supplement as discussed w/in 30 days.* [handwritten]

_____  Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____  Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907 AND REC. DOC. 3089), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE

THE OBJECTION INTO THE RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 16th day of December, 2013.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE