RECEIVED

JAN 1 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ACTOS (PIOGLITAZONE-<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO.: 6:11-md-2299 <br><br> JUDGE REBECCA F. DOHERTY <br><br> MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION ON
### REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Kenneth W. DeJean, Deputy Special Master on January 3, 2014, I recommend to the Court that the Request be:

____✓____    Paid

_____    Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith

_____    Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS - AND SHALL NOT FILE THE OBJECTION INTO THE RECORD - NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 13th day of _January_, 2014.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE