RECEIVED
MAR 17 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)  　　　　　MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　JUDGE DOHERTY

This Document Applies to:
All Cases　　　　　　　　　　　　　　　MAGISTRATE JUDGE HANNA

ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on February 4, 2014 (Invoice No. 694460) for services rendered for the month of December, 2013. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 3969] that the Request be PAID, in the amount of $145,169.20. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$145,169.20**, representing the services rendered for the month of December, 2013.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this ___17___ day of ___March___, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE