RECEIVED
APR 2 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds for services rendered by Arsement, Redd & Morella, LLC for the period October, November, and December 2013 and January, February and March 2014 submitted by Gary J. Russo, Special Master on April 17, 2014, and any and all objections received, I recommend to the Court that the Request be:

_____ Paid

___✓___ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: JOINT EXPENSES (REC. DOC. 1906), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

{L0287930.1}                                           1

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25th day of ____April____, 2014.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

{L0287930.1}                               2