RECEIVED
APR 25 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on March 28, 2014 for the month of February 2014, and any and all objections received, I recommend to the Court that the Request be:

____✓____ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907 AND REC. DOC. 3089), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE

{L0285100.1}                                 1

THE OBJECTION INTO THE RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25th day of April, 2014.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE