RECEIVED
MAY 19 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)          MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                                           JUDGE DOHERTY

This Document Applies to:
All Cases                                      MAGISTRATE JUDGE HANNA

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds for services rendered by Arsement, Redd & Morella, LLC for the period October, November, and December 2013 and January, February, and March 2014, to this Court on April 17, 2014 (Invoice No. 174138). Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 4153]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$436.25**, representing the services rendered for the fourth quarter of 2013 and the first quarter of 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __19__ day of May, 2014.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE