RECEIVED
MAY 22 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

JUDGE DOHERTY

This Document Applies to:
All Cases     MAGISTRATE JUDGE HANNA

## ORDER

Kenneth W. DeJean, Deputy Special Master, submitted a Request for Distribution of Funds to this Court on April 22, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 4194]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be:

____✓____ GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$2,720.00**, representing the services rendered from March 1, 2014 through March 31, 2014.

_____ GRANTED IN PART AND DENIED IN PART for the reasons set forth in the Memorandum Ruling issued this date.

_____ DENIED for the reasons set forth in the Memorandum Ruling issued this date.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this 22 day of May, 2014.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 5-22-14
BY: Cg
TO: via fax: G. Russo