RECEIVED

JUL - 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE)                    MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                               JUDGE DOHERTY
This Document Applies to:
All Cases                                      MAGISTRATE JUDGE HANNA

**ORDER**

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on May 27, 2014 (Invoice No. 712055) for services rendered for the month of April, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 4302] that the Request be PAID, in the amount of $108,089.42. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$108,089.42**, representing the services rendered for the month of April, 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this _____9_____ day of _____July_____, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 7-10-14
BY cg
TO via fax: Acct firm
Arsement, Redd & Morella LLC