RECEIVED
JUL 2 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)　　　　　　MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　JUDGE DOHERTY

This Document Applies to:
All Cases　　　　　　　　　　　　　　　　MAGISTRATE JUDGE HANNA

### ORDER

　　Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on June 17, 2014 (Invoice No. 716375) for services rendered for the month of May, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 4388] that the Request be PAID, in the amount of $59,783.78. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

　　IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$59,783.78**, representing the services rendered for the month of May, 2014.

　　THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

　　THUS DONE AND SIGNED this __23__ day of __July__, 2014.

　　　　　　　　　　　　　　　　　　　REBECCA F. DOHERTY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SENT
7-23-14
BY cc
TO via fax: Arsement, Redd & Morella LLC