# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

JULY 21, 2014

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

INVOICE NO. 722101

RE:    ACTOS MDL
         FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING JUNE 2014:

| | |
|---|---|
| TOTAL FEES | $92,480.00 |
| TOTAL COSTS | $ 502.84 |
| **TOTAL DUE AND OWING** | **$92,982.84** |

{L0300965.1}