RECEIVED

SEP 3 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE)
PRODUCTS LIABILITY LITIGATION

This Document Applies to:
All Cases

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

**ORDER**

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on August 27, 2014 (Invoice No. 727787) for services rendered for the month of July, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 4658] that the Request be PAID, in the amount of $122,345.62. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$122,345.62**, representing the services rendered for the month of July, 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this ___30___ day of ___September___, 2014.

COPY SENT
DATE 9-30-14
BY Co
TO Matax: Arsement, Redd
& Morella LLC

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE