**ARSEMENT, REDD & MORELLA, LLC**
701 Robley Drive, Suite 200
Lafayette, LA 70503
337-984-7010

October 9, 2014

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA                INVOICE NO. 177333
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:   ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE 3rd QUARTER 2014:

| | |
|---|---|
| TOTAL FEES | $256.25 |
| TOTAL COSTS | $ -0- |
| **TOTAL DUE AND OWING** | **$256.25** |

{L0230932.1}