# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

OCTOBER 9, 2014

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA          INVOICE NO. 735752
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

RE:   ACTOS MDL
        FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING AUGUST 2014:

| | |
|---|---|
| TOTAL FEES | $94,520.00 |
| TOTAL COSTS | $   992.53 |
| **TOTAL DUE AND OWING** | **$95,512.53** |