RECEIVED
OCT 2 4 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ACTOS (PIOGLITAZONE-<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>* | MDL NO.: 6:11-md-2299<br><br>JUDGE REBECCA F. DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

REPORT AND RECOMMENDATION ON
REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Kenneth W. DeJean, Deputy Special Master on October 8, 2014, I recommend to the Court that the Request be:

__✓__   Paid

_____   Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith

_____   Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS - AND SHALL NOT FILE THE OBJECTION INTO THE RECORD - NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 24th day of October, 2014.

```
_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE
```