RECEIVED
NOV 2 0 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS ® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| This Document Applies To: | |
| GREG BOWERMAN, INDIVIDUALLY AND AS A CLASS REPRESENTATIVE ON BEHALF OF ALL TAXPAYERS WITHIN THE STATE OF ARKANSAS | JUDGE DOHERTY |
| VERSUS | |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., ET AL. CASE NO. 12-CV-01590 | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

The Defendants filed a Motion to Dismiss for Failure to State a Claim in this matter on May 31, 2013.[1] By Memorandum and Certification Order issued on November 7, 2013, this Court certified two questions to the Arkansas Supreme Court,[2] and deferred its ruling on the Defendants' motion.[3]

The Arkansas Supreme Court has ruled that, under the facts as alleged by Mr. Bowerman in this matter, Arkansas does not recognize a claim for illegal exaction and, therefore, Mr. Bowerman's claim fails as a matter of Arkansas law.[4] This Court adopts herein the ruling of the Arkansas Supreme Court and finds that Mr. Bowerman has failed to state a claim of illegal exaction upon which relief can be granted under the facts as alleged.

---

[1] Rec. Doc. 98; MDL Rec. Doc. 2793.
[2] Rec. Doc. 170; MDL. Rec. Doc. 3563
[3] Rec. Doc. 171; MDL rec. Doc. 3564.
[4] Rec. Doc. 193; MDL Rec. Doc. 4824, at 6.

1

Considering the motion and associated briefs, and for the reasons more fully set forth in this Court's Memorandum and Certification Order,[5] and for the reasons set forth by the Arkansas Supreme Court in its Answer to Certified Questions,[6] which are adopted herein, Defendants' Motion to Dismiss for Failure to State a Claim[7] shall be GRANTED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 20 day of November, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[5] Rec. Doc. 170; MDL Rec. Doc. 3563.
[6] Rec. Doc. 193; MDL Rec. Doc. 4824.
[7] Rec. Doc. 98; MDL Rec. Doc. 2793.