# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

OCTOBER 22, 2014

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA  INVOICE NO. 738093
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:    ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING SEPTEMBER 2014:

| | |
|---|---|
| TOTAL FEES | $101,067.50 |
| TOTAL COSTS | $ 1,127.39 |
| **TOTAL DUE AND OWING** | **$102,194.89** |

{L0311879.1}