# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

NOVEMBER 19, 2014

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

INVOICE NO. 743586

RE:   ACTOS MDL
       FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING OCTOBER 2014:

| | |
|---|---|
| TOTAL FEES | $77,950.50 |
| TOTAL COSTS | $   240.10 |
| **TOTAL DUE AND OWING** | **$78,190.60** |

{L0316153.1}