RECEIVED
DEC 19 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

### ORDER

Kenneth W. DeJean, Deputy Special Master, submitted a Request for Distribution of Funds to this Court on November 18, 2014 for services rendered for the month of October, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 4972]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$6,587.50**, representing the services rendered for the month of October, 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this __19__ day of __December__, 2014.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 12-19-14
BY CG
TO via fax: G. Russo