RECEIVED
DEC 2 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on October 29, 2014 (Invoice No. 738093) for services rendered for the month of September, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 4990] that the Request be PAID, with modifications, in the amount of $99,729.89. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the modified sum of **$99,729.89**, representing the services rendered for the month of September, 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this 23rd day of December, 2014.

COPY SENT
DATE 12-23-14
BY CG
TO via fax: Arsement, Redd & Morella LLC

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE