RECEIVED
JAN - 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)　　　　　　　MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　JUDGE DOHERTY

This Document Applies to:
All Cases　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE HANNA

## ORDER

Kenneth W. DeJean, Deputy Special Master, submitted a Request for Distribution of Funds to this Court on December 2, 2014 for services rendered for the month of November, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 5044]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$7,777.50**, representing the services rendered for the month of November, 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this 8th day of January, 2015.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE