# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

DECEMBER 24, 2014

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA       INVOICE NO. 750885
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

RE: ACTOS MDL
    FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING OCTOBER 2014:

| | |
|---|---|
| TOTAL FEES | $66,800.00 |
| TOTAL COSTS | $ 985.34 |
| **TOTAL DUE AND OWING** | **$67,785.34** |

{L0319441.1}