RECEIVED

FEB - 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on December 31, 2014 (Invoice No. 750885) for services rendered for the month of November, 2014. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 5143] that the Request be PAID in the amount of $67,785.34. It is noted that Invoice No. 750885, attached to the recommendation [Doc. No. 5143], contains a typographical error in the section addressing the month for which professional services were rendered; the correct month is November. The amended invoice with the correct month is attached hereto. The Court hereby ORDERS the amended invoice be substituted where appropriate. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$67,785.34**, representing the services rendered for the month of November, 2014.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this ___2___ day of ___February___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE