RECEIVED
APR - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on February 25, 2015 (Invoice No. 759212) for services rendered for the month of January, 2015. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 5352] that the Request be PAID. It is noted that Invoice No. 759212, attached to the recommendation [Doc. No. 5352], contains a typographical error in the section addressing the total due and owing; the correct total due and owing is $75,822.59. The amended invoice with the correct total due and owing is attached hereto. The Court hereby ORDERS the amended invoice be substituted where appropriate. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$75,822.59**, representing the services rendered for the month of January, 2015.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this ___7___ day of ___April___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 4-8-15
BY CCP
TO via fax: Arsement, Redd & Morella LLC