RECEIVED

MAY 2 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)          MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

This Document Applies to:          JUDGE DOHERTY
All Cases
          MAGISTRATE JUDGE HANNA

ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds for services rendered by Arsement, Redd & Morella, LLC for the period January, February and March 2015, to this Court on April 20, 2015 (Invoice No. 180497). Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 5540]. Although the recommendation indicates the sum be paid, with modifications, the magistrate judge confirmed that the Request be Paid as submitted, with no modifications. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$316.25**, representing the services rendered for the first quarter of 2015.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _20th_ day of May, 2015.

COPY SENT
DATE 5-20-15
BY Co
TO via fax: Arsement, Redd & Morella, LLC

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE