# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

APRIL 23, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA          INVOICE NO. 770879
ATTN: JUDGE REBECCA F. DOHERTY
    MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

      RE:   ACTOS MDL
            FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING MARCH 2015:

| | |
|---|---|
| TOTAL FEES | $134,165.50 |
| TOTAL COSTS | $ 2,978.56 |
| **TOTAL DUE AND OWING** | **$137,144.06** |

{L0341715.1}