RECEIVED

JUN 2 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE- PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| This Document Applies to: All Cases | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HANNA |

**RECOMMENDATION ON
REQUEST FOR DISTRIBUTION OF FUNDS**

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on June 4, 2015 for the month of April 2015, and any and all objections received, I recommend to the Court that the Request be:

_____  Paid

_____  Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____  Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 4264), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE

RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _23rd_ day of _June_, 2015.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE