# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

MAY 28, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA            INVOICE NO. 776684
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

      RE:   ACTOS MDL
            FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING APRIL 2015:

| | |
|---|---|
| TOTAL FEES | $136,099.50 |
| TOTAL COSTS | $ 5,186.80 |
| **TOTAL DUE AND OWING** | **$141,286.30** |

{L0344937.1}