# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

JUNE 18, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA  INVOICE NO. 780187
ATTN: JUDGE REBECCA F. DOHERTY
   MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

RE:   ACTOS MDL
      FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING MAY 2015:

| | |
|---|---|
| TOTAL FEES | $89,972.50 |
| TOTAL COSTS | $ 3,362.55 |
| **TOTAL DUE AND OWING** | **$93,335.05** |

{L0346957.1}