U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 7 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To: *Scott v. Takeda Pharmaceutical Company Ltd, et al.* Case No. 6:15-cv-0652 | MAGISTRATE JUDGE HANNA |

## RULING

The Court received a motion, entitled Motion to Register in the Registration Process [Rec. Doc. 9], requesting that Plaintiff Courtney Scott be allowed to register his claim in the Census of Claims after the deadline given in this Court's Case Management Order Regarding Census of Claims [Rec. Doc. 5551] ("the Census Order").

The Census Order applies "to all Counsel who represent one or more plaintiffs in Multidistrict Litigation No. 2299." Rec. Doc. 5551, p. 1. Mr. Scott is appearing in this matter *pro se*, and consequently the Census Order does not apply to him. No existing *pro se* litigant is required to register his or her claim with the Census in order to otherwise participate in the program established by the Master Settlement Agreement.

IT IS HEREBY ORDERED Plaintiff's Motion to Register in the Registration Process [Rec. Doc. 9] is DENIED, as this Court's Case Management Order Regarding Census of Claims [Rec. Doc. 5551] does not apply to Plaintiff's claim.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 7th day of July, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE