RECEIVED
JUL 1 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

JUDGE DOHERTY

This Document Applies to:
All Cases     MAGISTRATE JUDGE HANNA

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on June 4, 2015 (Invoice No. 776684) for services rendered for the month of April, 2015. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 5735] that the Request be PAID. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$141,286.30**, representing the services rendered for the month of April, 2015.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this 15th day of July, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE