U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

JUL 17 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)         MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                             JUDGE DOHERTY

This Document Applies to:
All Cases                                MAGISTRATE JUDGE HANNA

## ORDER

    Kenneth W. DeJean, Deputy Special Master, submitted a Request for Distribution of Funds to this Court on June 15, 2015 for services rendered for the month of May, 2015. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 5736]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

    IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$35,997.50**, representing the services rendered for the month of May, 2015.

    THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this 15th day of July, 2015.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 7/17/15
BY: _____
TO: _____