ARSEMENT, REDD & MORELLA, LLC
701 Robley Drive, Suite 200
Lafayette, LA 70503
337-984-7010

July 9, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA          INVOICE NO. 182280
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:    ACTOS MDL
            FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE 2nd QUARTER 2015:

| | |
|---|---|
| TOTAL FEES | $ 200.00 |
| TOTAL COSTS | $ -0- |
| **TOTAL DUE AND OWING** | **$ 200.00** |

{L0230932.1}