RECEIVED
AUG - 5 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to:<br>All Cases | MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on July 27, 2015 for the month of June 2015, and any and all objections received, I recommend to the Court that the Request be:

✓ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 4264), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE

{L0352250.1}                                       1

RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _5th_ day of _____August_____, 2015.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE