# JONES WALKER

Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

JULY 22, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA            INVOICE NO. 785843
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

     RE:   ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING JUNE 2015:

| | |
|---|---|
| TOTAL FEES | $95,312.50 |
| TOTAL COSTS | $   467.93 |
| **TOTAL DUE AND OWING** | **$95,780.43** |

{L0352252.1}