# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

AUGUST 17, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA     INVOICE NO. 789587
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

      RE:    ACTOS MDL
               FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING JULY 2015:

| | |
|---|---|
| TOTAL FEES | $112,422.50 |
| TOTAL COSTS | $ 1,814.77 |
| **TOTAL DUE AND OWING** | **$114,237.27** |

{L0355370.1}