RECEIVED

SEP 24 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| This Document Applies to:<br>All Cases | JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on September 18, 2015 for the month of August 2015, and any and all objections received, I recommend to the Court that the Request be:



_____ ✓ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 4264), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE

RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _____ day of _____, 2015.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

# JONES WALKER

### Alabama, Arizona, California, District of Columbia
### Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

SEPTEMBER 15, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA                    INVOICE NO. 795218
ATTN: JUDGE REBECCA F. DOHERTY
        MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA  70501

        RE:    ACTOS MDL
               FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING AUGUST 2015:

| | |
|---|---:|
| TOTAL FEES | $78,417.50 |
| TOTAL COSTS | $   350.75 |
| **TOTAL DUE AND OWING** | **$78,768.25** |

{L0359282.1}