RECEIVED

OCT 1 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

RECOMMENDATION ON
REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds for services rendered

by Arsement, Redd & Morella, LLC for the period July, August and September 2015 submitted

by Gary J. Russo, Special Master on October 7, 2015, and any and all objections received, I

recommend to the Court that the Request be:

___✔___ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum
Ruling filed of even date herewith.

_____ Denied, for the reasons found in the Memorandum Ruling filed of even
date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: JOINT EXPENSES

(REC. DOC. 1906), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL

SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS

– AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN

FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

{L0361743.1}                                        1

THUS   DONE   AND   SIGNED   in   Lafayette,   Louisiana,   this   *15th*   day   of

_____*October*_____, 2015.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE