ARSEMENT, REDD & MORELLA, LLC
701 Robley Drive, Suite 200
Lafayette, LA 70503
337-984-7010

October 5, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA                INVOICE NO. 183547
ATTN: JUDGE REBECCA F. DOHERTY
        MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

RE:   ACTOS MDL
      FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE 3rd QUARTER 2015:

TOTAL FEES                                  $ 220.00

TOTAL COSTS                                 $    -0-


**TOTAL DUE AND OWING**                     **$ 220.00**

{L0230932.1}