# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

NOVEMBER 12, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA    INVOICE NO. 803280
ATTN: JUDGE REBECCA F. DOHERTY
       MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

       RE:    ACTOS MDL
             FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING OCTOBER 2015:

| | |
|---|---|
| TOTAL FEES | $22,312.50 |
| TOTAL COSTS | $ 60.27 |
| **TOTAL DUE AND OWING** | **$22,372.77** |

{L0367788.1}