RECEIVED

JAN - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE)
PRODUCTS LIABILITY LITIGATION

This Document Applies to:
All Cases

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

**ORDER**

Kenneth W. DeJean, Deputy Special Master, submitted a Request for Distribution of Funds to this Court on December 8, 2015 for services rendered for the month of November, 2015. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 6079]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$5,185.00**, representing the services rendered for the month of November, 2015.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___5___ day of January, 2016.

SENT

1-6-16

cc
via fax: G. Russo

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE