# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

DECEMBER 15, 2015

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA       INVOICE NO. 809756
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:   ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING NOVEMBER 2015:

| | |
|---|---|
| TOTAL FEES | $23,677.50 |
| TOTAL COSTS | $   173.49 |
| **TOTAL DUE AND OWING** | **$23,850.99** |

{L0370738.1}