**ARSEMENT, REDD & MORELLA, LLC**
**701 Robley Drive, Suite 200**
**Lafayette, LA 70503**
**337-984-7010**

January 7, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA          INVOICE NO. 184965
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

      RE:    ACTOS MDL
            FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE 4th QUARTER 2015:

| | |
|---|---|
| TOTAL FEES | $ 198.75 |
| TOTAL COSTS | $ -0- |
| **TOTAL DUE AND OWING** | **$ 198.75** |

{L0230932.1}