RECEIVED
JAN 2 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

Case 6:11-md-02299-RFD-PJH   Document 6156   Filed 01/26/16   Page 1 of 1 PageID #: 186935

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)           MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                            JUDGE DOHERTY

This Document Applies to:
All Cases                              MAGISTRATE JUDGE HANNA

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on December 15, 2015 (Invoice No. 809756) for services rendered for the month of November, 2015. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 6115] that the Request be PAID. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$23,850.99**, representing the services rendered for the month of November, 2015.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this _____26_____ day of January, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

1-26-16
Copy via fax: Arsement, Redd &
Morella