RECEIVED

FEB - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Gary J. Russo, Special Master on January 15, 2016 for the month of December 2015, and any and all objections received, I recommend to the Court that the Request be:

✓ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 4264), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE

RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 1st day of February, 2016.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE