# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

JANUARY 13, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA    INVOICE NO. 814016
ATTN: JUDGE REBECCA F. DOHERTY
    MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

  RE:  ACTOS MDL
       FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING DECEMBER 2015:

| | |
|---|---|
| TOTAL FEES | $23,927.50 |
| TOTAL COSTS | $     6.40 |
| **TOTAL DUE AND OWING** | **$23,933.90** |

{L0374214.1}