**RECEIVED**

FEB 1 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION
                                JUDGE DOHERTY
This Document Applies to:
All Cases                       MAGISTRATE JUDGE HANNA

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds for services rendered by Arsement, Redd & Morella, LLC for the period October, November and December, 2015, to this Court on January 14, 2016 (Invoice No. 184965). Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 6144]. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$198.75**, representing the services rendered during the fourth quarter of 2015.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___10___ day of February, 2016.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE