UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) | MDL NO. 6:11-md-02299 |
| This document applies to: | JUDGE DOHERTY |
| Civil Action No. 6:12-cv-00643<br>Civil Action No. 6:12-cv-00791 | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION

Sonia Webb (the plaintiff in Civil Action No. 6:12-cv-00643) and Excell Marks (the plaintiff in Civil Action No. 6:12-cv-00791) are unrepresented. They were ordered to appear in court on March 15, 2016. (Rec. Doc. 6200). However, the record indicates that, despite notice of the hearing being sent to each of them via certified mail, return receipt requested, service was not perfected. The record further shows that Ms. Webb and Mr. Marks were previously ordered to appear in court in person on October 28, 2014 but they failed to appear. (Rec. Doc. 4864; Rec. Doc. 212 in Civil Action No. 6:12-cv-00643, Rec. Doc. 213 in Civil Action No. 6:12-cv-00791). The record indicates that service was confirmed as to Mr. Marks at that time, but could not be confirmed as to Ms. Webb.

Like any other litigant, an unrepresented litigant has a duty to provide the court with accurate contact information and to update that information in the event of any

changes as well as a duty to prosecute his or her case. A litigant also has a duty to comply with the orders of the court. Accordingly,

IT IS RECOMMENDED that the claims asserted by Ms. Webb and Mr. Marks be dismissed due to these parties' failures to comply with the rules and instructions of the court and the terms of the court's orders of October 16, 2014 (Rec. Doc. 4814) and February 5, 2016 (Rec. Doc. 6200).

Signed at Lafayette, Louisiana, on this 18th day of March 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE