# JONES WALKER
### Alabama, Arizona, California, District of Columbia
### Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

MARCH 8, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA  INVOICE NO. 821590
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

RE: ACTOS MDL
     FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING FEBRUARY 2016:

| | |
|---|---|
| TOTAL FEES | $37,017.50 |
| TOTAL COSTS | $ 5.98 |
| **TOTAL DUE AND OWING** | **$37,023.48** |

{L0381579.1}