RECEIVED

APR 1 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to:<br>All Cases | MAGISTRATE JUDGE HANNA |

## RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds for services rendered by Arsement, Redd & Morella, LLC for the period January, February and March 2016 submitted by Gary J. Russo, Special Master on April 8, 2016, and any and all objections received, I recommend to the Court that the Request be:

  ✓     Paid

  _____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

  _____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: JOINT EXPENSES (REC. DOC. 1906), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

{L0385915.1}                                                       1

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___18th___ day of _____April_____, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE