# ARSEMENT, REDD & MORELLA, LLC
## 701 Robley Drive, Suite 200
## Lafayette, LA 70503
## 337-984-7010

April 5, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA        INVOICE NO. 186459
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501


    RE:    ACTOS MDL
             FILE NO. 130758-00


FOR PROFESSIONAL SERVICES RENDERED DURING THE 1st QUARTER 2016:

| | |
|---|---|
| TOTAL FEES | $ 247.50 |
| TOTAL COSTS | $ -0- |
| **TOTAL DUE AND OWING** | **$ 247.50** |

{L0230932.1}