RECEIVED

APR 2 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To: *Webb v. Takeda Pharmaceuticals North America, Inc., et al* Civil Action No. 6:12-cv-00643 | MAGISTRATE JUDGE HANNA |

## ORDER

Magistrate Judge Patrick Hanna filed a Report and Recommendation [MDL Rec. Doc. 6268] in the captioned matter, recommending that the plaintiff's claims be dismissed for failure to comply with the orders and instructions of this Court. Considering the reasons given in the Report and Recommendation, and that there were no objections made within the time period designated therefor,

IT IS HEREBY ORDERED this matter is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 21st day of April, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE