# JONES WALKER
**Alabama, Arizona, California, District of Columbia**
**Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas**

FED. I.D.# 72-0445111

APRIL 16, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA    INVOICE NO. 827595
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:    ACTOS MDL
            FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING MARCH 2016:

| | |
|---|---|
| TOTAL FEES | $36,667.50 |
| TOTAL COSTS | $    139.56 |
| **TOTAL DUE AND OWING** | **$36,817.06** |

{L0388046.1}