RECEIVED

MAY 2 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) | MDL NO. 6:11-md-02299 |
| This document applies to: | JUDGE DOHERTY |
| Civil Action No. 6:14-cv-00553 | MAGISTRATE JUDGE HANNA |

## JUDGMENT

On April 27, 2016, United States Magistrate Judge Patrick J. Hanna recommended that the claims of Tina Burks-Wellborn (the plaintiff in Civil Action No. 6:14-cv-00553) be dismissed. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 6346) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims asserted by Tina Burks-Wellborn are DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 20 day of May, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE