# JONES WALKER
**Alabama, Arizona, California, District of Columbia**
**Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas**

FED. I.D.# 72-0445111

JUNE 10, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA  INVOICE NO. 836334
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA  70501

    RE:   ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING MAY 2016:

| | |
|---|---|
| TOTAL FEES | $25,797.50 |
| TOTAL COSTS | $   235.34 |
| **TOTAL DUE AND OWING** | **$26,032.84** |

{L0395237.1}