RECEIVED

JUL - 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)　　　　MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　JUDGE DOHERTY

This Document Applies To:
*Jordan v. Takeda Pharmaceuticals*　　MAGISTRATE JUDGE HANNA
*North America, Inc., et al*
Civil Action No. 6:12-cv-00741

## ORDER

Magistrate Judge Patrick Hanna filed a Report and Recommendation [MDL Rec. Doc. 6411] in the captioned matter, recommending that the plaintiff's claims be dismissed for failure to comply with the orders and instructions of this Court. Considering the reasons given in the Report and Recommendation, and that there were no objections made within the time period designated therefor,

IT IS HEREBY ORDERED this matter is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __6th__ day of July, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE