RECEIVED

JUL 1 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on June 14, 2016 (Invoice No. 836334) for services rendered for the month of May, 2016. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 6426] that the Request be PAID. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$26,032.84**, representing the services rendered for the month of May, 2016.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this _____ day of July, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE