**RECEIVED**

JUL 2 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ACTOS (PIOGLITAZONE- PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO.: 6:11-md-2299 JUDGE REBECCA F. DOHERTY MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION ON REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Kenneth W. DeJean, Deputy Special Master on July 7, 2016, I recommend to the Court that the Request be:

__✓__ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS - AND SHALL NOT FILE THE OBJECTION INTO THE RECORD - NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of July, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE