# ARSEMENT, REDD & MORELLA, LLC
## 701 Robley Drive, Suite 200
## Lafayette, LA 70503
## 337-984-7010

July 11, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA     INVOICE NO. 188497
ATTN: JUDGE REBECCA F. DOHERTY
       MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

       RE:    ACTOS MDL
                 FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE 2nd QUARTER 2016:

| | |
|---|---|
| TOTAL FEES | $ 270.00 |
| TOTAL COSTS | $ -0- |
| **TOTAL DUE AND OWING** | **$ 270.00** |

{L0230932.1}