# JONES WALKER
**Alabama, Arizona, California, District of Columbia**
**Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas**

FED. I.D.# 72-0445111

JULY 14, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA        INVOICE NO. 841311
ATTN: JUDGE REBECCA F. DOHERTY
        MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

        RE:    ACTOS MDL
               FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING JUNE 2016:


        TOTAL FEES                          $22,122.50
        TOTAL COSTS                         $    181.21
        **TOTAL DUE AND OWING**             **$22,303.71**