**RECEIVED**

SEP 2 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To: *Jackson v. Takeda Pharmaceuticals North America Inc., et al* Civil Action No. 6:12-cv-00644 | MAGISTRATE JUDGE HANNA |

## ORDER

Magistrate Judge Patrick Hanna filed a Report and Recommendation [Rec. Doc. 260; MDL Rec. Doc. 6525] in the captioned matter, recommending that the claims of Plaintiff Latina Jackson, appearing *pro se*, be dismissed without prejudice, pursuant to her agreement as reflected in the record. [See Rec. Doc. 259]. Considering the reasons given in the Report and Recommendation, and that there were no objections to it made within the time period designated therefor,

IT IS HEREBY ORDERED this matter will be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Order be served on Ms. Jackson at her last known address, 124 Bogan Lane #4, Franklin, LA 70538, by certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 23rd day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| This Document Applies To: *Jackson v. Takeda Pharmaceuticals North America Inc., et al* Civil Action No. 6:12-cv-00644 | JUDGE DOHERTY MAGISTRATE JUDGE HANNA |



Latina Jackson
124 Bogan Lane #4
Franklin, LA 70538