# JONES WALKER

Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

SEPTEMBER 9, 2016

UNITED STATES DISTRICT COURT                                  REVISED
FOR THE WESTERN DISTRICT OF LOUISIANA                         INVOICE NO. 850052-1
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:   ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING AUGUST 2016:

| | |
|---|---|
| TOTAL FEES | $38,402.00 |
| TOTAL COSTS | $   367.81 |
| **TOTAL DUE AND OWING** | **$38,769.81** |

{L0408019.1}