RECEIVED

NOV 1 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE)                     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                                JUDGE DOHERTY

This Document Applies to:
All Cases                                       MAGISTRATE JUDGE HANNA

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on October 12, 2016 (Invoice No. 854465) for services rendered for the month of September, 2016. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 6592] that the Request be PAID. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$18,122.56**, representing the services rendered for the month of September, 2016.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this 14th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

SENT
11-14-16
cc: Via fax: Arsement, Redd & Morella LLC