**RECEIVED**

NOV 1 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ACTOS (PIOGLITAZONE- | * | MDL NO.: 6:11-md-2299 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| | * | MAGISTRATE JUDGE HANNA |

REPORT AND RECOMMENDATION ON
REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Kenneth W.

DeJean, Deputy Special Master on November 10, 2016, I recommend to the Court that the Request

be:

_____ ✔  Paid

_____  Paid, with modifications, for the reasons found in the Memorandum
Ruling filed of even date herewith

_____  Denied, for the reasons found in the Memorandum Ruling filed of
even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES

AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION

SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS

- AND SHALL NOT FILE THE OBJECTION INTO THE RECORD - NO LATER THAN

FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _18th_ day of _November_____, 2016.

_____
HONORABLE   PATRICK   J.   HANNA
UNITED   STATES   MAGISTRATE   JUDGE