# JONES WALKER
Alabama, Arizona, California, District of Columbia
Florida, Georgia, Louisiana, Mississippi, Ohio, New York, Texas

FED. I.D.# 72-0445111

DECEMBER 6, 2016

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA          INVOICE NO. 863898
ATTN: JUDGE REBECCA F. DOHERTY
    MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

    RE:   ACTOS MDL
           FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING NOVEMBER 2016:

| | |
|---|---|
| TOTAL FEES | $40,809.50 |
| TOTAL COSTS | $   328.92 |
| **TOTAL DUE AND OWING** | **$41,138.42** |

{L0420724.1}