RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

JUDGE DOHERTY

This Document Applies To:
*Solet v. Takeda Pharmaceuticals*     MAGISTRATE JUDGE HANNA
*North America, Inc., et al*
Civil Action No. 6:12-cv-00738

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Ray Solet are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Mr. Solet at his last known address, 3001 Hickory Circle, Houma, LA 70363, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 13th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

6:11mD2299
6:15CV0738

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Ray Solet
3001 Hickory Circle
Houma, LA 70363

7015 0640 0002 1037 1054

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions