RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)　　　　MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　JUDGE DOHERTY

This Document Applies To:
*Servin v. Takeda Pharmaceuticals*　　MAGISTRATE JUDGE HANNA
*North America, Inc., et al*
Civil Action No. 6:12-cv-00788

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Francisco Servin are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Mr. Servin at his last known address, 42282 Boardwalk Ave., Hammond, LA 70403, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _13_ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE