RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)
PRODUCTS LIABILITY LITIGATION

This Document Applies To:
*Marks v. Takeda Pharmaceuticals*
*North America, Inc., et al*
Civil Action No. 6:12-cv-00790

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Joyce Marks are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Ms. Marks at her last known address, 47195 Jenkins Rd., Franklinton, LA 70438, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this *13* day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE