RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)
PRODUCTS LIABILITY LITIGATION

This Document Applies To:
*Green v. Takeda Pharmaceuticals*
*North America, Inc., et al*
Civil Action No. 6:12-cv-00805

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Pearl Green are DISMISSED WITHOUT

PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Ms. Green at her last

known address, P. O. Box 35, Carville, LA 70721, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _13_ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE