RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To: *Dean v. Takeda Pharmaceuticals America, Inc., et al* Civil Action No. 6:12-cv-01608 | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED Mr. Plymale's motion to withdraw [Rec. Doc. 202] is GRANTED.

IT IS FURTHER ORDERED Mr. Dean's oral motion to dismiss is GRANTED.

IT IS FURTHER ORDERED the claims of Frank Dean, individually and on behalf of Beatrice Dean, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Mr. Dean at his last known address, 2300 Whitney Drive, Monroe, LA 71201, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 13 day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE