RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To: *Taylor v. Takeda Pharmaceuticals America, Inc., et al* Civil Action No. 6:12-cv-02091 | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Stella Taylor are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Ms. Taylor, in addition to her counsel, at her last known address, 225 Coldenham Road, Walden, New York, 12586, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __13__ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE