RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To:<br>*Williams v. Takeda Pharmaceuticals North America, Inc., et al*<br>Civil Action No. 6:12-cv-02470 | MAGISTRATE JUDGE HANNA |

## RULING

Magistrate Judge Patrick Hanna filed a Report and Recommendation [Rec. Doc. 200; MDL Rec. Doc. 6649] in the captioned matter on November 28, 2016, in which he recommended that this Court dismiss the claims of plaintiff Sandra Williams without prejudice, due to the plaintiff's failures to prosecute her case and comply with the rules and orders of this Court. For the reasons given below, this Court adopts the Report and Recommendation and dismisses the plaintiff's claims without prejudice.

As set out in the Report and Recommendation, Ms. Williams is currently unrepresented. Along with other unrepresented plaintiffs, Magistrate Judge Hanna ordered Ms. Williams to appear in court on March 16, 2016 [Rec. Doc. 189]. A copy of the order was sent to Ms. Williams' address of record by certified mail, but was returned marked "attempted, not known" [Rec. Doc. 191], and Ms. Williams did not appear [Rec. Doc. 194]. Magistrate Judge Hanna then ordered Ms. Williams to appear in court on April 26, 2016 [Rec. Docs. 192]. This order was similarly sent by certified mail, but was returned marked "unclaimed, unable to forward" [Rec. Doc. 195] and Ms. Williams did not appear as ordered [Rec. Doc. 197].

1

Given the apparent failure to keep the court apprised of her current address, as required by Local Rule 11.1(1), the lack of forward progress in this matter, and the lack of compliance with orders to appear, Magistrate Judge Hanna issued a Report and Recommendation, recommending that this Court dismiss this matter without prejudice [Rec. Doc. 200; MDL Rec. Doc. 6649]. That Report and Recommendation was sent by certified mail and was returned marked "no such number, unable to forward" [Rec. Doc. 202].

Considering the facts described above, that parties have an ongoing obligation to comply with court orders and to maintain current contact information with this Court, and that no objections to the Report and Recommendation have been lodged in the time allotted therefor, this Court hereby adopts Magistrate Judge Hanna's Report and Recommendation.

IT IS HEREBY ORDERED the claims of Sandra Williams are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Ruling be served on Ms. Williams at her last known address, 40 North 64th St., Belleville, IL 62223, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __13__ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

2