RECEIVED

JAN 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To:<br>*Williams v. Takeda Pharmaceuticals North America, Inc., et al*<br>Civil Action No. 6:12-cv-02470 | MAGISTRATE JUDGE HANNA |

### JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Sandra Williams are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Ms. Williams at her last known address, 40 North 64th St., Belleville, IL 62223, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _13_ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE