UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS (PIOGLITAZONE)     MDL NO. 6:11-md-02299

This document applies to:     JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

Civil Action No. 6:14-cv-03505

## REPORT AND RECOMMENDATION

Gloria Wilson, individually and as the representative of the Estate of Fran Barbara Wilson, is the plaintiff in Civil Action No. 6:14-cv-03505, and she was represented in this lawsuit by Randi Kassan of the law firm Sanders Viener Grossman, LLP. Ms. Kassan filed a motion to withdraw as counsel of record for Ms. Wilson (Rec. Doc. 25), alleging that she and Ms. Wilson disagree with regard to the further handling of Ms. Wilson's claim. Ms. Wilson and Ms. Kassan were both ordered to appear in court on December 12, 2016. (Rec. Doc. 26). Ms. Wilson was served with a copy of the order (Rec. Doc. 28), but she did not appear at the hearing. Ms. Kassan appeared at the hearing by telephone. The motion to withdraw as counsel was granted and Ms. Wilson was ordered to appear in court on January 23, 2017. (Rec. Doc. 30). Ms. Wilson was served with a certified copy of the order. (Rec. Doc. 33). But Ms. Wilson did not appear as ordered on January 23, 2017.

The record reflects that Ms. Wilson has personally failed to abide by multiple orders of the Court without justification. Accordingly,

IT IS RECOMMENDED that, pursuant to Fed. R. Civ. P. 41, the claims asserted by Ms. Wilson should be dismissed without prejudice due to her failure to comply with this Court's orders.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within fourteen days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. See *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

IT IS ORDERED that the Clerk of Court shall serve Ms. Wilson with a copy of this order, via certified mail, return receipt requested, at the following address: 1600 O Highway 552, Union Church, MS 39668.

Signed at Lafayette, Louisiana, on this 23rd day of January 2017.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE