RECEIVED

FEB 1 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ACTOS (PIOGLITAZONE- | * | MDL NO.: 6:11-md-2299 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| | * | MAGISTRATE JUDGE HANNA |

## REPORT AND RECOMMENDATION ON
## REQUEST FOR DISTRIBUTION OF FUNDS

This Court having reviewed the Request for Distribution of Funds submitted by Kenneth W. DeJean, Deputy Special Master on February 6, 2017, I recommend to the Court that the Request be:

_✓_ Paid

_____ Paid, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith

_____ Denied, for the reasons found in the Memorandum Ruling filed of even date herewith.

IN COMPLIANCE WITH THE "CASE MANAGEMENT ORDER: SPECIAL MASTER FEES AND COSTS" (REC. DOC. 1907), ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS - AND SHALL NOT FILE THE OBJECTION INTO THE RECORD - NO LATER THAN FOURTEEN (14) DAYS AFTER THIS RECOMMENDATION IS ENTERED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 14th day of Feb., 2017.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE