RECEIVED
FEB 2 3 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

JUDGE DOHERTY

This Document Applies To:
*Jackson v. Takeda Pharmaceuticals*     MAGISTRATE JUDGE HANNA
*North America, Inc., et al*
Civil Action No. 6:12-cv-00802

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Abraham Jackson, Jr. are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Ruling be served on Mr. Jackson at his last known address, 14765 Chef Hwy., Apt. 2901, New Orleans, LA 70129, via certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 23rd day of February, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

