RECEIVED

MAR - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To:<br>*Jack v. Takeda Pharmaceuticals America Inc., et al.*<br>Civil Action No. 6:13-cv-00247 | MAGISTRATE JUDGE HANNA |

## SUGGESTION OF REMAND

Magistrate Judge Hanna has issued a Report and Recommendation [Rec. Doc. 178] in this matter, recommending that this matter be remanded to the United States District Court for the Middle District of Florida, Jacksonville Division. As described in the Report and Recommendation, plaintiff Edward H. Jack, appearing *pro se*, informed the court that he has not been diagnosed with bladder cancer, and therefore he is not eligible to participate in the Settlement Program. Furthermore, Mr. Jack is unable to participate in the litigation of this claim either personally or electronically, as he is legally prohibited from traveling outside Duval County, Florida without permission and from using a computer. Considering all of the above, this Court finds Mr. Jack's case will not benefit from further coordinated proceedings as part of MDL 2299.

Therefore, this Court respectfully suggests that the Judicial Panel on Multidistrict Litigation remand Jack v. Takeda Pharmaceuticals America Inc., et al. (Civil Action No. 6:13-cv-00247) to the United States District Court for the Middle District of Florida, Jacksonville Division.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___6th___ day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE