U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 0 4 2017

TONY R. MOORE, CLERK
BY

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE)      MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                                      JUDGE DOHERTY

This Document Applies to:
All Cases                                      MAGISTRATE JUDGE HANNA

**ORDER**

      Kenneth W. DeJean, Deputy Special Master, submitted a Request for Distribution of Funds to this Court on March 6, 2017 for services rendered for the month of February, 2017. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID [Doc. No. 6856.] Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections have been lodged,

      IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the full requested sum of **$6,927.50**, representing the services rendered for the month of February, 2017.

      THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE OFFICE OF SPECIAL MASTER GARY RUSSO TO SEND TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

      THUS DONE AND SIGNED in Lafayette, Louisiana, this 4 day of April, 2017.

                                                       HONORABLE REBECCA F. DOHERTY
                                                       UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 4/4/17
BY:
TO: via fax: Arsement, Redd