U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 14 2017

TONY R. MOORE, CLERK
BY: _____
     DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: ACTOS (PIOGLITAZONE)          MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

                                                 JUDGE DOHERTY

This Document Applies to:
All Cases                                      MAGISTRATE JUDGE HANNA

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on June 14, 2017 (Invoice No. 889731) for services rendered for the month of May, 2017. Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 6934] that the Request be PAID. Considering the Request, Magistrate Judge Hanna's recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the sum of **$26,743.18**, representing the services rendered for the month of May, 2017.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this _14th_ day of _July_, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY
DATE: 7/14/17
BY: _____
TO: Arsement et al via fax