RECEIVED

JUL 1 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies to: All Cases | MAGISTRATE JUDGE HANNA |

## ORDER

In consideration of this Court's Memorandum Ruling of July 17, 2017,

IT IS HEREBY ORDERED the Special Master will notify the Garretson Group when the Memorandum Ruling has become effective; immediately thereafter, the Garretson Group is ORDERED to distribute from the amounts previously withheld, the amounts identified as common benefit fees and expenses (inclusive of assessments, held expenses, and held shared expenses) awarded, to the firms and/or accounts as described in the Memorandum Ruling. The Garretson Group is, also, ordered to pay $259,635.00 to the PSC account, and the PSC is ORDERED to pay that amount to Law & Forensics as soon as reasonably possible thereafter.

The Garretson Group is, also, ORDERED to distribute the agreed upon amounts set out in any separate agreements, *i.e.*, state court or other Actos® matters, that will be identified by the Special Master, which might have been submitted to BrownGreer and/or the Garretson Group by way of independent agreement.

Any funds that remain for the purpose of compensating common benefit fees and expenses and/or costs in excess of the distributions described above shall continue to be retained for the purpose of compensating any further common benefit fees and expenses and/or costs incurred through the final resolution of the Settlement Program. The Garretson Group is to retain these

1

remaining funds pending further order of this Court, and is to provide weekly updates on the status of the common benefit distributions to Special Master Russo and/or Deputy Special Master DeJean.

Upon the final resolution of the Settlement Program, any remaining funds retained to compensate common benefit *expenses and/or costs* shall be paid to those claimants who received payments under the Settlement Program, on a *pro rata* basis. Any funds retained to compensate common benefit work that might remain at the conclusion of this matter will be addressed by the Court at that time.

SIGNED this __17__ day of __July__, 2017.

_____
HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE