RECEIVED

AUG 1 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: ACTOS (PIOGLITAZONE)
PRODUCTS LIABILITY LITIGATION

This Document Applies to:
All Cases

MDL No. 6:11-md-2299

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

**ORDER**

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this

Court on July 25, 2017 (Invoice No. 895023) for services rendered for the month of June, 2017.

Magistrate Judge Hanna has reviewed the Request and made a recommendation [Doc. No. 6963]

that the Request be PAID. Considering the Request, Magistrate Judge Hanna's

recommendation, and that no objections were lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be

GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall distribute the

sum of **$37,187.41**, representing the services rendered for the month of June, 2017.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING

FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED

AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED this _18th_ day of _August_, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

SENT
8-18-17
CA
via fax: Arsement, Redd &
Morella