RECEIVED

AUG 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ACTOS® (PIOGLITAZONE)     MDL No. 6:11-md-2299
PRODUCTS LIABILITY LITIGATION

JUDGE DOHERTY

This Document Applies To:
*Brown v. Takeda Pharmaceuticals USA, Inc., et al*
Civil Action No. 6:14-cv-00020

MAGISTRATE JUDGE HANNA

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of John Brown are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on John Brown at his last known address, 3670 Eve Circle Drive #D, Mira Loma, CA 91752, *via* certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __23__ day of __August__, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE