RECEIVED

AUG 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ACTOS® (PIOGLITAZONE) PRODUCTS LIABILITY LITIGATION | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To:<br>*McMillan v. Takeda Pharmaceuticals USA, Inc., et al*<br>Civil Action No. 6:14-cv-01450 | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED the claims of Sharon McMillan are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED a copy of this Judgment be served on Sharon McMillan at her last known address, Post Office Box 30054, Columbia, SC 29230, *via* certified mail, return receipt requested.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __23__ day of __August__, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE